# 22-3197

---

UNITED STATES COURT OF APPEALS

FOR THE SCOND CIRCUIT

---

KONSTANTINOS ZOGRAFIDIS

*Plaintiff-Appellant*

v.

VANESSA RICHARDS, ET AL.

*Defendant-Appellee*

---

On Appeal from the U.S. District court

For the District of Connecticut

---

Brief and Appendix of Konstantinos Zografidis

Konstantinos Zografidis

39 Seaview Avenue, Unit 1

Norwalk, CT 06855

(203) 434-3924

Email: kzografidis@aol.com

# TABLE OF CONTENTS

pages

Table of contents...........................................................................................................................i

Table of Authorities...........................................................................................................i, ii, iii

Statutes and Rules...........................................................................................................iv, v

Statement of Subject Matter and Appellate Jurisdiction...................................page 1

Statement of the Issues Presented for Review ............................................pages 1, 2

Statement of Facts ...................................................................pages 2, 3, 4, 5, 6

Statement of the Case.............................................................................pages 6, 7

Summary of Argument .............................................................................. pages 7, 8

Argument...........................................................................................pages 8 to 23

Conclusion ...............................................................................................page 23

Certificate of Compliance ................................................................... page 24

# TABLE OF AUTHORITIES

\*\*\*See Plaintiff-Appellant 'Table of Authorities' below in Brief and Appendix for the 2nd circuit, Zografidis v. Richards, et al, case #: 22-3197\*\*\*

**FEDERAL CASES:**

McDonough v. Smith, 139 S. Ct. 2149 (2019).......................................................page 17

 \*\*\*See 'Table of Authorities' below in Brief and Appendix for Defendant-Appellant, in the U.S. Court of Appeals for the 2nd circuit, case#: 16-0325-cr (L), filed by Attorney, William T. Koch, Jr.\*\*\*

**FEDERAL CASES:**

Bye v. U.S., 435 F. 2d 177, 180 (2nd Cir, 1970) ...................................................................8

i

Franks v. Delaware, 438 U.S. 154 (1978) ....................................................5, 17

Kovacs v. U.S., 744 F. 3d 44, 50 (2nd Cir. 2014) ...........................................16

Padilla v. Kentucky, 559 U.S. 356, 369 (2010) .................................8, 9, 10, 16

Strickland v. Washington, 466 U.S. 688 (1984) ...............................................17

U. S. v. Clark, 638 F. 3d 89 (2nd Cir. 2011) .............................................passim

U.S. v. Couto, 311 F. 3d 179 (2nd Cir. 2002) ............................................. 9, 16

U.S. v. Leon, 468 U.S. 897 (1984) ...........................................................41, 42

## **TABLE OF AUTHORITIES**-continued

U.S. v. Padilla, 559 U.S. 356, 369 (1984) .........................................................6

U.S. v. Smith, 9 F. 3d 1007, 1011 (2nd Cir. 1993) ..........................................37

U.S. v. Yang Chia Tien, 720 F. 3d 464 (2nd Cir. 2013) ...................................10

***See also Plaintiff's 'Table of Authorities' below in the "Petition for a Writ of Certiorari" to the U.S. Supreme court, case #: 21-7395***

**FEDERAL CASES:**

Cleopatra Rodriguez v. U.S., Case No: 16-3739 (2nd Cir., April 16, 2018) .......................................19

Dat v. U.S., Case No: 17-3652 (8th Cir. 2019) ................................................23

Doe v. U.S., 915 F. 3d 905 (2nd Cir. 2019) ......................................................23

Foont v. U.S., 93 F. 3d 76 (2nd Cir. 1996) .......................................................19

Garza v. Idaho, 139 S. Ct. 738 (2019) .................................................15, 24, 27

Gonzalez v. U.S., Case No: 10-3630 (2nd Cir. 2013) ......................................23

Hill v. Lockhart, 474 U.S. 52 (1985) .................................................................23

Jae Lee v. U.S., 825 F. 3d 311 (6th Cir. 2016) .................................................23

Lee v. U.S., 137 S. Ct. 1958 (2017) ....................................................................11

Los Rovell Dahda v. U.S., 584 U.S.___ (2018) ....................................................22

Massaro v. U.S., 538 U.S. 500 (2003) ................................................................22

Mathews v. U.S., 485 U.S. 58 (1988) ...............................................................21

McCoy v. Louisiana, 584 U.S.___ (2018) ...........................................................22

Michigan v. Summers, 452 U.S. 692 (1981) .....................................................36

Miller-El v. Cockrell, 537 U.S. 322(2010) ............................................................7

Padilla v. Kentucky, 559 U.S. 356 (2010) ....................................................11, 23

Roe v. Flores-Ortega, 528 U.S. 470 (2000) ......................................................24

Rojas-Medina v. U.S., Case No: 18-1150 (1st Cir. 2019) ..............................14, 24

## TABLE OF AUTHORITIES-continued

**FEDERAL CASES:**

Sessions v. Dimaya, 138 S. Ct. 1204 (2018) ......................................................23

Strickland v. Washington, 466 U.S. 668 (1984) ....................................23, 24, 34

U.S. v. Akinsade, 686 F. 3d 248 (4th Cir. 2012) ................................................23

U.S. v. Ana Victoria Uria-Marrufo, Case No: 13-50085 (5th Cir. 2014) ............22

U.S. v. Bernard J. McIntyre, 836 F. 2d 467 (10th Cir. 1988) ..............................18

U.S. v. Fabian-Baltazar, Case No: 15-16115 (9th Cir. 2019) .............................14

U.S. v. Giordano, 416 U.S. 505 (1974) ..............................................................22

U.S. v. Herring, Case No: 18-4023 (10th Cir. 2019) ..........................................27

U.S. v. James Shedrick, 478 F. 3d 519 (3rd Cir. 2007) ......................................21

U.S. v. Jones, 730 F. 2d 593 (10th Cir. 1984) ...................................................18

U.S. v. Ramirez, Case No: 18-10429 (9th Cir. 2020) .........................................36

U.S. v. Studley, 47 F. 3d 569 (2nd Cir. 1995) ....................................................23

Yick Man Mui v. U.S., Case No: 07-4963 (2nd Cir. 2010) ..................................22

---All these federal laws shown above in Plaintiff's Writ of Certiorari were derived from the Plaintiff's Petition of 2255, case #: 18-cv-1566(JAM), showing 'ineffective assistance of counsel', 'defective guilty plea', 'unlawful search and seizures', 'constitutional violations', and 'wrongful conviction'---

### FEDERAL STATUTES & RULES:

***See 'Table of Authorities' below in Brief and Appendix for Defendant-Appellant, in the U.S. Court of Appeals for the 2nd circuit, case #: 16-0325-cr (L), filed by Attorney, William T. Koch, Jr.***

Fourth Amendment to the U.S. Constitution .................................................................36, 37, 41, 44

Sixth Amendment to the U.S. Constitution ............................................................................6

18 U.S.C. section 3231 ...........................................................................................................1

21 U.S.C. section 841 (b)(1)(c) ...............................................................................................2, 4

21 U.S.C. section 846 .............................................................................................................2, 4

28 U.S.C. section 1291 ...........................................................................................................1

28 U.S.C. section 2255 ...........................................................................................................30

### FEDERAL STATUTES & FEDERAL RULES-continued

Fed. R. Crim. P. 11 ......................................................................................................passim

Fed. R. App. P. 4(b) .................................................................................................................1

***See also 'Plaintiff's Table of Authorities' below in the "Petition for a Writ of Certiorari" to the U.S. Supreme court, case #: 21-7395***

18 U.S.C. section 2518(3) ......................................................................................................22

18 U.S.C. section 2518(10)(a) ...............................................................................................19

18 U.S.C. section 2518(10)(a)(ii) ..........................................................................22

28 U.S.C. section 1254 ...........................................................................................2

28 U.S.C. section 2253(c) .................................................................................. 2, 7

28 U.S.C. section 2255 ................................................................................passim

Fed. R. Civ. P. 60(b)(2) .......................................................................................10

Fed. R. Civ. P. 60(b)(6) .................................................................................... 10

**CONSTITUTIONAL PROVISIONS:**

U.S. Constitution Amendment IV ............................................................2, 10, 36, 46

## STATEMENT OF THE SUBJECT MATTER & AND APPEALLATE JUDISDICTION

The basis for the subject matter jurisdiction in the court below is 18 U.S.D. section 3231 (jurisdiction over offenses against the United States).

The basis for the jurisdiction of the court of appeals, is 28 U.S.C. section 1291(appeals from final judgements of the district court), and Rule 4(b), Fed. R. App. Proc. (appeals from criminal convictions).

The judgement date in case #: 12-cr-117 (WWE), or (JAM) was delivered on January 29, 2016 by the district court of CT. The judgement date in case #: 18-cv-1566 (JAM) was delivered on July 06, 2021 by the district court of CT. The judgement dates in case #: 21-1681 were delivered on November 19, 2021 & on January 19, 2022 by the 2nd circuit court of appeals. Petitioner-Appellant of the above captioned case has no record of the judgement dates that were delivered on all other cases as shown in the "Statement of the Issues Presented for Review", but will provide all such information by contacting the clerk of the district court, if this Honorable Panel wishes so.

This particular appeal in not only focused on the denial of my Civil Rights Complaint, in case #: 22-cv-631 (AVB), but it is also aimed unto all the other court's judgements, denials and MANDATES on ALL of my previous cases, either in the U.S. district of CT, and/or, of the 2nd circuit court of appeals.

## STATEMENT OF THE ISSUES PRESENTED FOR REVIEW

**a):** Did all the district court judges who presided over my criminal case #: 12-cr-117 (WWE) & (JAM), abuse their power, and were they corruptively bias towards me?

**b):** Did the district judges who presided over my civil case #'s: 14-cv-666 & 667 (RNC), and 15-gp-5 (JBA), abuse their power, and were they corruptively bias towards me?

**c):** Was the district judge who presided over my civil case #: 18-cv-1566 (JAM), abuse his power, and was he corruptively bias towards me, and insubordinate to our circuit laws, and to our U.S. Supreme court rulings?

**d):** Did the district judges who presided over my civil case #: 22-cv-631 (VAB), abuse their power, and were they corruptively bias towards me?

1

**e):** Did the criminal court Panel of the 2nd circuit, in case #: 16-0325-cr (L), abuse their power, and were they corruptively bias towards me, and insubordinate to our circuit laws, and to our U.S. Supreme court rulings?

**f):** Did the civil court Panel of the 2nd circuit, en banc, in case #: 21-1681, abuse their power, and were they corruptively bias towards me, and insubordinate to our circuit laws, and to our U.S. Supreme court rulings?

## STATEMENT OF FACTS

I, Konstantinos Zografidis fully swears under the penalty of perjury, and under the Holy Bible, this testimony I'm about to give is the truth and nothing but the truth.

I, Konstantinos Zografidis was never arrested with possession of narcotics from 1993, by the NPD (my last arrest of possession of crack cocaine, $20 worth), until May 09, 2012 when I was pulled over by the Norwalk Police on St. Ann St., in Norwalk CT while I was driving with my friend Adel Elborgi, after I picked him up early in the afternoon from his home he resided, on Osborne Avenue in Norwalk. When I left home that afternoon, I went to visit two of my friends who were calling me earlier. One of whom was Mr. Elborgi, and the second was, Pari, that worked at East Avenue Pizza, on Fort Point street in Norwalk. As I was driving, not noticing any police around me when I left home, except for one cruiser that was crossing the road behind me on Fort Point street, when I was suddenly pulled over and surrounded by many police cars from the NPD less than a mile away of my house. I was yanked out of my vehicle at gun point by Sgt. Perez, and handcuffed at the ground. I heard a command by someone who said "He's not to talk to anyone". I noticed Lt. Matera being present at the scene. I was searched and then placed inside a police cruiser and was held there for about 20-30 minutes. As I was searched, the officers confiscated my **three (3)** cell phones I had in my possession at that time, and one of them was TT1. I always carried TT1 on me all the time where ever I went in order to call my friends and family when I needed them, or when they wanted something from me. TT1 was in my possession 24/7. The DEA Police Report also claimed that I was in possession of 8 bags-1/2 grams of cocaine, and 1 bag- 3.5 grams of marijuana, and **two (2)** cell phones. Then after, I was placed inside a marked police cruiser. I was then driven home by two uniformed Norwalk Police officers, and one of whom I've recognized from the past, was ofc. Reinhard from NPD. I did not give consent to anyone to take me home, or having knowledge that I was to be taken home, nor did I speak one word to the officers who drove me home, because I was in a state of shock. I thought they were taking me to the Police station as they were driving me by the front of my house, which is one of the ways to go to the Police station. In front of the police cruiser that I

2

was riding in, someone who I couldn't recognize was driving my car. Suddenly, both cars stopped in front of my house, turned their cars around and came and parked through the back parking lot of my parents' home. One of the officers asked me directions as to how to go to the rear of my house. The uniformed police officers who drove me home got out of their vehicle, parked their police cruiser at the back side of my house, and went straight into my parents' apartment. Seconds after, I saw Det. Terrance Blake coming out of nowhere, who was wearing civilian clothes, opened the back door of the cruiser, escorted me out, and then sat me at the gazebo. I was under hysteria and duress all this time. Before Det. Blake sat me at the gazebo, I thought he was to take me inside my mothers' house, and I asked him kindly to uncuff me because I didn't want my mother to see me with handcuffs. Indeed, he uncuff me, but didn't take me inside my mothers' apartment, but instead, sat me at the Gazebo. While at the gazebo, being uncuffed all the time during the interrogation, shortly after TFO Dominick Cisero came and joint Det. Blake. I was questioned about my co-defender, Demetrios Papadakos. I told them that he's my friend, and I'm not involved in any of his affairs. I remember asking them if they had a warrant to be inside my mothers' apartment, and I was told by them that they do have a warrant. When I asked them if I could see it, they told me that they don't have it with them now, but it's on its way as we speak. I believed them, but I started to get a little suspicious of their answers and their behavior, and then I told them that I want to speak with my attorney. They respondent back by telling me that they will appoint me one in court. After that remark, I asked them if I was under arrest, and as to why they did not read out loud my rights. They told me that "that's not the way we are doing it these days", and then Det. Blake pulled out a paper and told me to initial and sign that paper. I did as they suggested. I did not understand at that time that I waived my privileges to speak with an attorney by signing that piece of paper. Also, I never checked any boxes shown on that paper. Besides, the meaning of the word MIRANDA was unfamiliar to me. I never heard of that word before in my life. Honestly, I don't even remember the words: "WAIVER OF MIRANDA RIGHTS", being on that paper. They tricked me into signing that waiver. Then, I told them again for the second time that I do not want to talk to them without my attorney present. Det. Blake respondent back by telling me that "no attorney can help you now, and its best that I talk to them first". During that same time while I was sitting at the gazebo been interrogated, Sgt. Perez came over, looked at both of them, and shook his head, as if nothing was found (that was my understanding). When they saw that I was not providing them with any information, they asked me as to where I hid my drugs. I told them that "I do not have any drugs inside the house". That's when Det. Blake snapped on me, got up and started screaming and yelling at me, and by threatening me, that if I do not cooperate with them, they will place me in prison for twenty years, and then they will deport me to Greece, and will tear down all the walls of my mothers' house until they find the drugs they were looking for. I was so scared and frighten, I stumbled on my words and started lying to them by telling them that "I knew you were coming and I got rid of them". Det. Blake kept insisting that they knew I had drugs inside my house and kept threatening me that they will destroy my

mothers' house by tearing down all the walls until they find the drugs they were looking for. I couldn't allow them do that to my mother, and that's why and when I've decided to escort Det. Blake to the basement of my apartment and show him. Det. Blake followed me from the side of the house that leads to my basement apartment. Before I took him downstairs, I've noticed that the door leading to my basement was wide open. I've also noticed that all the lights were on, and all doors were open. That's not the way I left my apartment before I left that afternoon. Once we were downstairs, I pointed out the place where I had my safety box. I was asked if I had the key to the box, and I told Det. Blake that the key was at my key chain with all my other car keys. Within seconds, ofc. Mark Suda from NPD shows up with the keys that were confiscated with my car and gave them to me. I went to open the box, but Det. Blake stopped me and he went himself to open the box. Once he did, he took out his cell phone and took a snap shot of the contents inside the box. I was then told by Det. Blake to take off all of my jewelry from my neck, my hands, and the watch I was wearing and place them on top of my bed. After that, I was escorted outside, handcuffed, and taken back to the marked police cruiser, and sat in the back seat. I was then driven by ofc. Reinhart and another NPD ofc., and taken to the NPD. I remember the back side door gate opening up and the cruiser went inside the building. I noticed on my left side was the control room with glass windows all around and with electronic equipment inside. I also noticed Sgt. Perez standing inside the control room in front of a glass window. The officers escorted me out of their cruiser and took me to a holding cell. In a half hour or so, they came back and started searching me again. They confiscated around $300 that was found in my pocket. After that, they took me back to their cruiser and started driving until they have reached the Westport Police Department. I am not quite sure if the police officers removed my red ruby earing at the NPD, or at the WPD.

-----------------------------------------------------------------------------------------------------------------------

A few days after my arrest, I was visited while in jail in BCCC, by a court appointed attorney, Paul Thomas. The first thing he said to me, was: "they want you to talk". I asked him as to what they have on me, and he said: "they have enough to bury you". I asked to see the evidence they had against me, and he told me: "No, because I'm not supposed to". Simply said, he didn't give me any information about my case, and all he did was to place fear, doubt, and despair in me, by telling me that I'm looking at up to fourteen (14) years in prison. Days after that meeting, I was a nervous reck and called my brother George to contact Lt. Matera from the NPD, who we both knew, and set up an appointment to discuss my case in depth in order from me to get a better understanding of the charges against me, because attorney Paul Thomas was not giving me any information at all. Attorney Thomas didn't like the idea that I went outside his consent and didn't notify him of such a meeting. When that set meeting was scheduled I was escorted to the Federal court in the Bridgeport court house, for a bail hearing I believe, and then after I was taken to a certain room. There was my attorney Thomas, Det. Blake, and I believe TFO Cisero was there also. Minutes after, AUSA Vanessa Richards walks inside that room, slams her

4

files down on the desk, looks at me very angrily, and yells at me by telling me: "If you don't tell us everything we want to know, I will make sure that you will do 10 years in prison, and you will do each and every day of those years, and I will not give you a drug program". I was so shocked and scared not knowing what to do, looking at my attorney to react and say something on my behalf, but he just sat there quietly without saying a word. I told them that I will think about it. Taking my counsels words as advise that; 'they have enough to bury you', and taking the threat of AUSA Vanessa Richards very seriously, I then decided to proffer and I thought it would be the best thing to do at that time, because I couldn't see myself doing over 10 years in prison, even though I had no idea of what was happening to me, and as to why I was looking at 10 years minimum. After my 1st and 2nd proffers I found out that 10 of my friends who I mentioned in those proffers were arrested. I was so angry at attorney Thomas and AUSA Vanessa Richaeds who both led me into entrapment because of my weak state of mind, still freshly recovering from heavy use of drugs and alcohol abuse, and the unawareness of the facts, I then decided to inform attorney Thomas to withdraw my proffers and release my friends from jail, and to recuse himself as my attorney. Attorney Thomas respondent back by telling me; "you don't want to piss off Vanessa Richards, and she wants you to keep continuing to proffer because she will help you". Even if I hated as to what they did to me, I gave two more proffers because I didn't know what else to do. I knew at that time that I was being used to benefit their agenda rather than the false promises they were giving me. During attorney Thomas's last visitation with me while I was held at the NHCCC, he finally gave away his incompetency and his criminal conduct, by having knowledge that the government were surveilling me illegally, and by eavesdropping into my cell phone, TT1, without a warrant. In that meeting Thomas asked me: "Vanessa Richards wants to know about the blue pills that were discussed over the phone between you and Catino (co-defender) in January". I then reminded him as to what he told me previously, that the warrant of my cell phone, TT1, was not signed until February 09, 2012, and then questioned him as to how did they know about that particular conversation between myself and Catino if the government did not have the warrant to listen to our phone conversations back in January? He couldn't, and didn't give me an answer. I knew there and then that he was corrupt, and colluding with the government by misleading me, and inducing me into proffers. Before he left that meeting, he must have realized what he said showed his guilt of having knowledge that the government were in violation of our 4th Amendment, and in order to make up for his misconduct, he turned around and told me: "I can get you an 18-month sentence". I fired him at that spot.

-----------------------------------------------------------------------------------------------------------------

From that day on, till this day, I am fighting the corruption that overwhelmed and influenced our federal courts. Finally, I was blessed with the truth, and the fact that our government were indeed spying on their citizens and gathering information illegally. I've asked my 2nd court appointed attorney Frank O'Reilly to pursue and investigate the wire-taps the government used

in TFO Cisero's affidavit on February 07 & 08, 2012, seeking the warrant to wire tap into my cell phone, TT1. Attorney O'Reilly refused to discuss any of the evidence TFO Cisero provided in his sworn affidavits. I wrote 40-50 letters to O'Reilly providing him with information and facts about all events, but he refused to conduct any type of investigation on behalf of the government CW's. I wrote many letters to the district judges, and spoke to them directly to order O'Reilly to file motions to suppress the wire taps, but O'Reilly never took action. I asked O'Reilly to review the wire taps between myself and CW-3, but he always found excuses to avoid such meetings. I did not see any of my discovery until after 16 months in jail, and that was because I wrote a letter to Magistrate Fitsimmons, complaining about O'Reilly's assistance of counsel. Attorney O'Reilly was in possession of CW-2's a.k.a. attorney Joseph Dimyans' business lease agreement, and he never presented it to the court, as I've directed him, to show that Dimyan is a crook and a discredited witness, and that he lied to the Statewide Grievance Committee by denying the fact that he drafted such a proposal. I made myself very clear to O'Reilly from the very beginning with the fact that I wanted to take my case to trial. We had a mutual understanding, I thought. But, during my GULTY PLEA hearing on June 24, 2014 I was called inside the U.S. Marshals booths to be seeing by attorney O'Reilly. There and then,. I've asked O'Reilly if he was ready for trial. He turns and tells me: "That's not what's on the table". I went crazy over him. I started cussing him out, swearing at him. I told him to go f*** himself for betraying me. I was escorted out and went back to my co-defenders. I told my co-defenders of what happened inside those booths. They advised me to plead guilty because nobody likes you, including the judges for creating such turmoil, and they will put you to jail for a long, long time if I went to trial. They also told me that this court is bias and we have a better chance in winning with the 2nd circuit. My co-defenders recommendation made a lot more sense because of the outcome of my 2 prior suppression hearings, where the district court showed favoritism to the government perjuries while under oath, and their constitutional violations. Then again, I finally realized that O'Reilly was a total fraud from get-go, and he was misleading me from the very beginning, making false promises to me, including my immigration consequences by pleading guilty. All I have to say, with regards to the contents that I've said during my guilty plea were coerced upon me while under duress, and that I was furious about the negligence and the bias of the court judges for not listening to my truthful testimonies while in court and the many letters I wrote to them, and the great disappointment of the incompetency of my attorneys. All I wanted to do was to get the hell out of those corrupt court rooms and take my case to a higher court in order for them to recognize the governments' malicious prosecutorial misconduct, and to correct the district court's handling of my criminal indictment. Unfortunately, the 2nd circuit panel(s) were just as corruptively bias as the district court.

## STATEMENT OF THE CASE

6

This Civil Rights Complaint, Case #: 22-cv-631(VAB) is merely a continuation, and also a follow-up of my persistent previous arguments of my defense against the miscarriage of my wrongful criminal conviction, and as of how the law enforcement and the government fabricated evidence against me in their affidavits in order to seek the warrant to wire-tap my cell phone, TT1; Committed ill-faithed perjuries under oath in court; Also lied in 'bad faith' with the purpose to mislead the courts, seeking the warrant for the search and seizure into my parents' multi-family home.

Here today, I'm still fighting for my innocence in the government's fraudulent conspiracy theory which they've manufactured against me and my co-defender Demetrios Papadakos. I, Konstantinos Zografidis, never, at any time, from the moment I was arrested on May 09, 2012 until to this day admitted to anyone that I've conspired with Mr. Papadakos into buying drugs from him, or selling drugs on his account. There is no factual basis to prove such ridiculous and ludicrous accusation, and that's because I, Konstantinos Zografidis from the time of my federal investigation, until the time of my arrest, **"DID NOT"** buy any type of narcotics directly, or indirectly from Mr. Papadakos for the purpose to use, or to sell, as the government first falsely claimed in their affidavit dated on February 07 & 08, 2012, seeking the rights to wire-tap my cell phone, **TT1**. That's a fact, and that's Gods' honest truth!!! I said it once, I'll say it a thousand times, and all of you radical and corrupt individuals who were responsible in arresting me, indicting me, convicting me, sentencing me to prison, and denying me relief made the biggest mistake in your careers and in your lifetime, by fabricating, orchestrating and enforcing this false conspiracy theory upon me. The government knew it, the law enforcement knew it, my lawyers knew it, and all of YOU defiled judges who presided over my case(s) knew it, and YOU ALL decided to defy the truth, and that's because, everyone had their eyes focused on convicting Mr. Papadakos, even when they knew the government had to alter the truth by using my name in vain, and by violating our constitutional laws, and my Civil Rights and Liberties. And now, 'all of you' are getting sued, because of your stupidities and your idiocy.

I will make sure that each and every one of you go to prison, because our laws provide such punitive justice for the constitutional violations YOU ALL committed against the U.S. of America, and against me, and my family. So, damn you all, and your corruptively influenced and bias Judiciary court proceedings!!!

## SUMMARY OF THE ARGUMENT

In my argument I will show this Honorable Panel, again, the same facts and discoveries I've

7

presented in my **Petition of 2255, case #: 18-cv-1566(JAM)**, and to the 2nd circuit, case #: 21-1681. I will show this Panel as to how our local, and federal agents were in clear violation of **a):** our 4th Amendment, **b):** our due process of law, and **c):** by perjuring themselves with an 'ill-intent' in their DEA-6 Police Reports, in their sworn affidavits, in their search warrants, and during their direct examination in court while under oath. I will also show you as to how all of the U.S. Attorney's involved in my criminal and civil case(s) were covering-up the police's constitutional violations and their misconduct, fabricating the evidence, and manufacturing a fallacious criminal conspiracy theory between myself and co-defender Demetrios Papadakos. And finally, I will point out evidence that will lead to the presumption of our federal judges corruptively bias rulings, either in the district of Connecticut, and then corruption followed to our 2nd circuit court of appeals, as seen in case #: 16-0325-cr(L), and case #: 21-1681.

## ARGUMENT

I would like to begin my argument with the 'ineffective assistance of counsel', and to show this Panel as to how district judge Jeffrey A. Meyers was corruptively bias with regards to attorney O'Reilly's incompetency. I'm also asking from this Honorable Panel to disregard, and set aside all the contents I've said in my guilty plea hearing, because as I've explained earlier in my arguments, my guilty plea was unintellectual, coerced upon me while I was mentally disturbed on that day, and taken while I was under great distress.

Before I start to make my argument, I want this Panel to look into my **Petition of 2255, case #: 18-cv-1566(JAM)**, doc. #: 1, Exhibits, D-1 & D-2, as seen on page 21.  As a matter of fact, why don't you read the entire CONVICTION UNDER ATTACT in order to get a better understanding of the miscarriage of my criminal conviction. Also, look into doc. #: 20, Exhibits M-1 to M-16, and in doc. #: 12, Exhibit L-12. Also, look into doc. #: 29, Exhibit P-1. Also, look into doc. #: 31, Exhibits R-5, R-7. These are some of the letters I, Konstantinos Zografidis made copies of and provided to my attorney Frank O'Reilly and to the district judges, in case #: 12-cr-117(WWE), prior to my coerced and unintellectual guilty plea. You will notice on all parts I was providing the court and to attorney O'Reilly with factual and truthful information. In many parts you will notice that I was complaining to the judges about O'Reilly's 'ineffective assistance of counsel', and asking the court to order O'Reilly to file wire-tap suppression motions before trials begin, and to conduct investigations against the contents in TFO Cisero's wire-tap affidavit's, and the government's CW's given information and their participation with law enforcement. Unluckily, O'Reilly was negligent and ignorant to anything I was asking him to do on behalf of my defense. I even warned the court on one of my letters that I will fire O'Reilly if he does not file wire-tap motions. Attorney O'Reilly **"DID NOT"** file any wire-tap suppression motions as I've directed

him to do on so many times. Shortly after my guilty plea, I've asked the district court to remove him as my attorney, and then after I filed a grievance complaint against attorney Frank O'Reilly with the Statewide Grievance Committee in CT. I continue to this day, showing how attorney Frank O'Reilly has violated his clients' constitutional rights and privileges under his guaranteed 6th Amendment.

In my Petition of 2255, doc #: 1, Exhibit D-2, I'm telling attorney O'Reilly to: **"...before we proceed to trial I'm requesting through you of course that the court conduct a FRANKS hearing in accord with the criminal procedure act challenging the credibility of the warrant to suppress the wire-tap of TARGET PHONE 646...#".** That was TT1, I was asking for O'Reilly to suppress, because I didn't know at that time my cell phone was considered TT1. **"...as such false statements made knowingly with reckless disregard for the TRUTH". "I AM NOT, in any part of this conspiracy indictment...of Demetrios Papadakos...in which I had no part of doings under these alleged accusations on his behalf. There is NO indication or any substantial evidence to show....and accusing me being part of his conspiracy investigation"** (see also doc. #: 1, Exhibit E-1). Also, see doc. #: 1242-1, in case#: 12-cr-117 (JAM or (WWE)). **"...we need to be concerned about is as to how the police approached and entrapped Mr. Karipidis into wearing a microphone and setting me up"** (see doc. #: 1, Exhibit A-1, B-1, B-2). Also, see doc. #: 1363, Exhibit-B, in case #: 12-cr-117(JAM) or (WWE). **"I'm requesting from you an EVIDENTIARY HEARING against the affidavit by agent Dominick Cisero which was submitted on Feb. 07, 2012 to the U.S. District court to acquire the wire-tapping grant on to 'TARGET PHONE # 646...". "I've been asking you to do all such things from the beginning of Feb. 2013 when you were assigned to me as my attorney. I am very unhappy and I feel neglected on your part to counsel me in an efficient way". "Still until this date your office haven't done any of what I've mentioned above. I am very puzzled to why you haven't discussed any of the questions I've been writing to your office for the past 10 months. I've written you over 40 letters". "I am very confused and angry of your counsel. I need and expect from you to explain to me ALL things in regards to my case". "I'm also asking you to file MOTION TO SUPPRESS and to destroy the four (4) testimony's I gave do to the incompetency of my ex-federal attorney, Paul Thomas". "You had well over a year and 5 months to take care of your business with me. There are no excuses for such negligence or delay. I hope you understand my sincerity and the seriousness of my needs". "FILE THESE MOTIONS BEFORE TRIALS START".**

On June 18, 2014 at my SUPPRESSION HEARING, in case #: 12-cr-117(WWE), on pages 132-137, I'm making an argument in the presence of judge Meyers, telling the court as to why I wanted attorney O'Reilly to file wire-tap motions. O'Reilly then respondent by saying; **"...I made a decision that I didn't think it was appropriate to file a motion to suppress the wire-tap...".** You are stupid wrong O'Reilly, because under TITLE III requirements, only an 'aggrieved person' has standing to challenge the validity of a wire-tap. See **18 U.S.C. section 2518(10)(a). THAT'S**

9

**ME!!!** Then on the next day on June 19, 2018 during a PRETRIAL CONFERENCE & MOTIONS HEARING, on page 76, lines 16-25, I'm asking judge Meyers for the second time to have O'Reilly file wire-tap motions. Judge Meyers reacts by saying; **"...you have to discuss that in conference with him...".** Then, on June 24, 2014 during my coerced GUILTY PLEA HEARING, on page 27, lines 1-25, AUSA Vanessa Richards asked O'Reilly; **"...I don't know if I missed whether or not Mr. O'Reilly, did you at the beginning of this make a motion?".** Then, on page 28, lines 1-21, O'Reilly got caught in his own negligence by not filing wire-tap motions as I've instructed him on so many times to do so on my behalf, and when I was getting ready to complaint to the court about O'Reilly's ineffectiveness (see page 28, line 1), then only, he stood up and made an "ORAL MOTION" to adopt into my co-defender Alfred Catino's suppression motion. That's not what I wanted from O'Reilly, to adopt to others wire-tap motions. I specifically asked O'Reilly from the get-go to file 'our own' separate wire-tap suppression motions. Even that Harlot of Corruption, AUSA Vanessa Richards, was trying to cover-up O'Reilly's ineffectiveness when she made a false claim in front of judge Eginton. On July 14, 2015 during a CASE SUMMARY HEARING, on page 83, lines 22-25, and on page 84, lines 1-8, Ms. Richards claimed in reference of the March 25, 2014 court's ruling that I, Konstantinos Zografidis was denied the suppression of evidence gathered as a result of the wire-tap. But cleverly enough, my attorney William T. Koch, Jr. caught her in a lie. Finally, Ms. Richards realized that she got caught in her lie, and then she told the court: **"So that's fine. That's fine".** Vanessa Richards is a pathological liar, and I proved it to be so in the many discoveries I provided in my Petition of 2255. When you read the contents of that hearing you will notice that attorney Koch was trying to establish a factual claim where attorney O'Reilly "NEVER" filed his own brief on behalf of TFO Cisero's wire tap application dated on February 07 & 08, 2012 that was denied on March 25, 2014. I, Konstantinos Zografids was deprived of such constitutional right by attorney Frank O'Reilly.

On July 06, 20121 in case #: 18-cv-1566(JAM), doc. #: 62, Judge Meyers claimed in his denial order, that: **"Nor has Zografidis shown that his counsel was ineffective with respect to any aspect of the defense of his case. His counsel challenged the "WIRE TAP"....".** My response to judge Meyers is: **"Judge Meyers, you're a LIAR and a FRAUD, and you need to be IMPEACHED, and all of the proceedings inside your court room were based on CORRUPTION!!!".**

In my Petition of 2255, I filed many letters addressed to district judges, Fitzsimmons and Eginton, and to attorney O'Reilly many months prior to my coerced and unintellectual guilty plea on June 24, 2014. The reason I reached out to the district judges with my grievances was because by that time I've realized that attorney O'Reilly was not acting on anything I've asked him, except the fact he filed the two suppression motions on June 18, 2014. It's very obvious O'Reilly purposely ignored the police's 4th Amendment violations, and deliberately with an ill-intent failed to make all the necessary arguments, as you will notice I've done in my Petition of 2255. In doc. #: 20, Exhibit M-1, I claimed; **"I would like to file a motion to suppress all 4 of my testimony's...". "I would like this court to authorize an independent investigation on behalf of**

the DEA, ATF, NPD, and any police agency who organized….or, in any way involved in this unlawful/illegal investigation…or any person that gave false information or testimony's on my behalf. Also investigate any police misconduct…". "Also I would like to know is as to how the U.S. Attorney's office would allow false reports…from police agency's that might affected the grant and permission of <u>GPS and wire-tap warrants</u>". In Exhibit M-2, I'm describing the fraud to my business lease agreement by CW-2, a.k.a. attorney Joseph Dimyan and his co-conspirator, my ex-landlord Joseph Gega. I said: **"Madam Magistrate for the past 3 years all I wanted to do was to get my investment back from those crooks. They took my life away by their illegal conduct. I don't have any money or any other means to hire an attorney due to my being incarcerated. I'm kindly asking your office to help me resolve this issue once and for all. Those two individuals owe me a lot of money, and I would let your office decide in regards of their illegal conduct and criminal activities"**. In Exhibit M-3, I've claimed; **"One of the reasons to why I'm writing to you is because I'm very disappointed and dissatisfied of my attorney Frank O'Reilly's handling of my case…I have written him well over 40 letters…giving him information of actual events, facts…in regards to my case. I've asked him and expected him to file motions to suppress everything and to challenge any or all allegations against me, statements, evidence, witnesses, surveillance, and any or all warrants issued in order to get more detailed information from officers or any witnesses and also to obtain impeachment material for use at trial or pre-trial from sworn testimony's of witnesses and also to provide me the opportunity to hear the evidence and get a more clear view of my case to begin with. He has done no such things yet"**. **"Your Honor, I ask of you to tell my attorney** (O'Reilly) **to start doing his job by investigating all these needs and concerns I have, right away, otherwise I would like you to appoint me another attorney who is concerned and cares about my freedom and justice to be served"**. In Exhibit M-4, I'm still complaining about CW-2's misconduct. I have claimed: **"There is a strong reason to believe that Ms. Vanessa Richards interfered with the Panel's determination to influence and change their decision making by voting against me due to Ms. Richards personal interests with Joseph Dimyan** (CW-2) **being a key witness"**. In Exhibit M-5, I've claimed: **"I would like to file motions to suppress: a): All four testimony's (proffers)…on May 29, June 08, August 30, October 02, of the year 2012). b): "All evidence that was retrieved from my basement apt…". c): "The warrant that was issued to acquire electronic taping of my <u>'646…#' target phone</u>** (TT1). In Exhibit M-6, I showed discovery as of how attorney Paul Thomas has mishandled my case. Thomas said to me: **"…I was liable to face 34-41 months in prison…and these type of prosecutions do not take more that 8 months for convictions"**. **"I am asking this court if that was the case to reconsider and release all of my friends and send them free to go back to their loving and caring families and home soon"**. In Exhibit M-7, I've said: **"I also came to believe that if both of my attorneys would have acted and represented me as any other competent lawyer from the beginning…challenging all physical evidence…fabricated information given by police officers, falsified police reports, statements made by dis-credited informers and witnesses, and all warrants issued (especially**

11

the first warrant to <u>GPS, and wire-tapping of my 'TARGET PHONE 646...#'</u> (TT1), where as to how it was illegally granted, and without those phone conversations the U.S. District attorney's office would have no probable cause or submissible evidence to hold us in custody all this time...and this hole case should have been dismissed. I am tired of been manipulated by this corrupt system". "I asked him (O'Reilly) to suppress the warrant issued on my <u>'Target phone # 646...'</u> due to the false reports...fabricated evidence that were admitted in your court to manipulate and influence the judge and Grand Jury to grant permission to GPS and wire tap my phone. <u>HE HAS DONE NO SUCH THING YET!!</u>". "Your Magistrate, I am very unhappy and greatly disappointed with attorney Frank O'Reilly's presentation. I would like to explain myself to you. If Mr. O'Reilly does not act and approach your office with <u>ALL</u> these concerns and needs I have described to you above by the end of Feb. of 2014, I will terminate his services as my legal attorney". In Exhibit M-8, I've claimed: "Your honor, I refuse to sit behind these bars and allow such humiliation and disgraceful remarks from a mature and professional person (AUSA Vanessa Richards) placed upon me that hold no truth at all and let these people get away with such an illicit conduct. I will take legal action against anyone who made false remarks and applied falsified reports against me. I am asking your office to reconsider and to decline the warrant issued to GPS and wire-tapping on my <u>'Target Phone, 646...#'</u>, and all the warrants that were granted after that, and possibly dismiss all charges against myself and all my co-defenders". In Exhibit M-9, I wrote a letter to attorney Frank O'Reilly, dated two days after my coerced and unintellectual guilty plea on June 24, 2014. In that "Motion to Appeal", I said: **"...I have overwhelming evidence and strong indication into proving that Sgt. Blake from the NPD has committed perjury in the court of law on June 18, 2014, and due to his false testimony, our federal judge has ruled against both motions for suppressions that were filed on April 21, 2014. I would like your office to file a motion to appeal the decision by our federal judge on June 18, 2014". I would like you to subpoena Agent Dominick Cisero, Lt. Matera, Sgt. Perez, ofc. Mark Suda, and all the others that were present during my arrest on May 09, 29012".** Let's debate this a little, as to what I'm asking O'Reilly to do here. First and most, I'm asking him to file a motion to appeal the 2 denials of the June 18, 2014 suppression hearing. O'Reilly "DID NOT" appeal those denials either to the district court, or to the 2nd circuit court of appeals. Second, this is another proof where my guilty plea was unintellectual, even though I've said in my guilty plea that I was aware of the contents inside the plea agreement during my GUILTY PLEA HEARING. One of the stipulations inside the plea agreement was that I waived the rights to challenge those two suppression hearings. Why is it then two days after my guilty plea on June 26, 2014 I'm asking O'Reilly to file a motion to appeal?!?!?! What was the use for me then to take the stand and testified while under oath about the truth on June 18, 2014, and then turned around and waived everything that I've said while I was under oath, and everything said in the letters addressed to the court about facts to be waived?!?! Why is it even to this day I never stopped fighting for the truth and for justice, claiming that Det. Blake **"LIED"** about everything that actually occurred on May 09,

12

2012 during my arrest?!?!?! Now you see as to how disgusted, and so desperately I was to get the f*** out of those corruptively influenced court rooms, and bring forth all the facts and the truth to our 2nd circuit?!?!?! In Exhibit M-10, I'm claiming: **"Your Honor, I am very unhappy and greatly disappointment as to how my case is been handled and the way I'm represented by my attorney** (O'Reilly). **"Your Honor, I asked both of my lawyers** (Paul Thomas & Frank O'Reilly), **and also this court to look into these matters. It seems to me that everyone is looking the other way and nobody in this court wants to investigate and unfold the truth, and in fact this case has violations and corruption written all over".** **"I will not stand trial under these ridiculous indictment charges in May of 2014 unless your office authorizes a federal investigation unto the accusations I'm making against our local police** (NPD) **and federal police** (DEA) **and also the office of U.S. District attorney-Vanessa Richards...".** In Exhibit M-11, I've claimed: **"All police [local, state & federal] involved in this investigation and arrest, by knowingly, willfully and recklessly...submitting falsified information and fabricated evidence in their police reports that hold no truth at all or any proven given facts, in order to manipulate the judges authority to grant them warrants they needed, especially the first warrant to 'Target Phone # 646...'".** In Exhibit M-12, I've claimed: **"I feel that I've been unfairly detained to such a long period of time and unfairly represented. I am starting to question myself if there is any justice served in this court of law at all. This court and both of my attorney's never gave me the chance to express myself. Mr. O'Reilly never argued the 'wire-tapping' motion. I do not trust anyone in this court system anymore".** **"I refuse to plea with Vanesa Richards delusional conspiracy theory".** **"I feel that this court is forcing me to plead to things that I am very well uncomfortable with. I do not agree with such charges at all".** **"I still believe that if my attorney's would have argued the 'wire-tapping warrant' I might have had the chance to convince the judge to rule on my behalf...".** In Exhibit M-13, I've claimed: **"I truly expected my attorney** (O'Reilly) **to act upon my request during the hearings to challenge the information and statements which were made false against me with my other co-defenders in November 25 of 2013. I am starting to feel as if this court does not want to acknowledge my motion to suppress because by proving my claim to be true then this court had no other choice but to dismiss this hole indictment and to let everyone go free".** **"I do not know how this court will rule upon my request but as far as I am concern I will file civil lawsuits against ALL who submitted false information and statements in this court of law on my behalf that jeopardized my life and freedom. I will not allow lying, deceiving and evil people destroy my life by feeding our federal government with false information against me. I want my freedom back!!!".** In Exhibit M-14, I've claimed: **"I would like to make myself clear one more time in this court of law. From the first time this court appointed attorney Frank O'Reilly as my new counsel I made myself very clear to him, the only reason I asked for a new counsel was because I saw corruption and deceit in my first attorney Paul Thomas presentation. My impression with O'Reilly was for him to argue and challenge ALL statements, reports and warrants issued".** **"The second and most important of my arguments was when I asked**

13

attorney O'Reilly to challenge the police reports, witness statements and surveillance the police produced to this court of law in order to obtain the grant of the 'Target Phone 646…#' warrant. Mr. O'Reilly had over one year to review all sayings and evidence and to disclose a motion in order to argue the credibility of that warrant". "Mr. O'Reilly has not responded to either one of these motions I asked him to do so". "I pray that you feel my pain and sorrow that I endure each and every day when I see the same people who wished and plotted to destroy my life because of their evil deeds and corrupt minds, have managed to get away with their illicit conduct while I'm sitting behind bars under false accusations". In Exhibit M-15, I'm making factual claims against 'CW-2' a.k.a. attorney Joseph Dimyan, and as of how I was deprived 'due process' by the Statewide Grievance Committee. In doc. #:12, Exhibit L-12, I've claimed: **"I strongly believe as of today, the U.S. District Attorney's office-Vanessa Richards-might have played a crucial part as to influence the Grievance panels decision…to stop any investigation in retrieving any evidence or information as to find Mr. Dimyan** (CW-2) **and Mr. Gega** (ex-landlord of Enigma Café & Lounge) **guilty on all charges I made against them**. In doc. #:29, Exhibit P-1, attorney O'Reilly said in his letter: <u>"…you rejected the offer and instructed me that you wished to proceed with your trial"</u>. In doc. #31, Exhibits R-5 & R-7 are material proofs showing attorney O'Reilly was in full possession of the business lease agreement, drafted by CW-2 a.k.a. attorney Joseph Dimyan. Mr. O'Reilly was told by me to use that as evidence against CW-2 at trial, because in attorney Dimyans response letter addressed to the Statewide Grievance Committee, he claimed that there was no such proposal in existence (see Exhibit R-2 & R-8). Attorney O'Reilly "DID NOT" present, or file that proposal agreement, used as evidence, with the district court against attorney Joseph Dimyan in order to discredit 'CW-2'. In Exhibit R-2, attorney Joseph Dimyan specifically asked the Grievance Committee to contact AUSA Vanessa Richards. Why? Answer: So, she can protect Dimyan by bailing him out of his fraud to my business lease agreement?!?! **THINK! THINK!!!!!**

I also want to point out something that I've just discovered in my GUILTY PLEA HEARING, that shows I, Konstantinos Zografidis in reality didn't know what I was saying, or doing on that day. On page 42, lines 19-24, the plea agreement was signed, and supposedly I accepted all conditions in them, because prior to that, judge Meyers questioned me and wanted to make sure that O'Reilly made it clear to me about all the facts inside the guilty plea were knowledgeable to me. But then, on page 46, lines 18-23. THE COURT: "And you haven't agreed to everything with the government on the plea agreement". THE DEFENDANT: "Not yet". THE COURT: "You have some agreement, but not on everything". THE DEFENDANT: "Not on everything, yes, yes". How can I agree with everything written inside the plea agreement, as O'Reilly claimed that I understood all the facts and had me sign that guilty plea, and then a minute or two later on page 46, I said that I do not agree with everything?!?! If, I didn't agree with everything inside the plea agreement, then why did you accept that discredited guilty plea from me judge Meyers?!?! How can they do that to me?!?! **BASTARDS!!!**

On October 13, 2014 I've filed a grievance complaint against attorney O'Reilly with the Statewide Grievance Committee, case #: 14-0779. On July 31, 2013 I've filed a grievance complaint against attorney Paul Thomas with the Statewide Grievance Committee, case #: 13-0576. A month or so prior to my coerced and unintellectual guilty plea I've filed Civil Rights Complaint against attorney Paul Thomas, case #: 14-cv-666 & 667(RNC). On December 08,2014 I filed a Bivens claim against attorney Frank O'Reilly. Not sure if I was given a case number, or not.

The question to be raised here is, whether attorney Frank O'Reilly was acting as a competent counsel that's guaranteed by our 6th Amendment. Based on the letters you seen above which I send to O'Reilly and to the district court prior to the plea hearing, and based on the grievances I filed against O'Reilly after the plea agreement, doesn't that show you reason enough to claim that O'Reilly was ineffective, and everything I pleaded to on June 24, 2014 was due to phycological ploys and while under duress?!?! I knew there and then on that day that they played me like a "YO-YO", and all of them were getting ready to hang me (figure of speech), if I would have gone to trial. I plead guilty so I can get a reduced sentence and fight those criminals from outside of those CORRUPT court rooms, as I'm doing to this day, from outside of prison. Otherwise, I would have still been in prison, and being mentally tortured, as I was for 63 months inside your stinky jails. With regards to my immigration status, even as O'Reilly wrote in his letter in Exhibit P-1, that I will be subject for deportation upon conviction, we have discussed that thereafter on a different day, when O'Reilly seeing that I was greatly disturbed by his written comment, and then he changed his statement and told me that "they will not deport me because my entire family lives in the U.S., and that I lived here for many years, paid my yearly taxes, and had a clean record". In doc. #:1, Exhibits F-1, and F-2, are two more definitions as to why I thought by pleading guilty will not be a 'definite' deportation.

Now, based on the discovery I've provided above, I will produce law that supports my claims for **'ineffective assistance of counsel'**, and with regards to my **'immigration status'**. I'm claiming under oath that my immigration consequences were "NOT" clearly explained to me by anyone, into pleading guilty I was to be removed from the U.S. of America, permanently. In doc. #15, I produced law in support: **"Cleopatra Rodriguez v. U.S., April 16, 2018-2nd circuit, case No. 16-3739-cv"**, citing, **"Foont v. U.S., 93 F. 3d 76, 79 (2nd cir.1996).** In doc. #20, I produced law in support: **"U.S. v. Ana Victoria Urias-Marrufo, Feb. 28, 2014, 5th circuit, case No. 13-50085".** Also, **"Yick Man MUI v. U.S., July 30, 2010, 2nd circuit, case No. 07-4963-pr".** Also, **"Massaro v. U.S., 538, U.S. 500 (2003)".** Also, **"McCoy v. Louisiana, 584 U.S.___ (2018)".** Also, "Los Rovell Dahda v. U.S. 584 U.S.___ (2018). In doc. #24, I produced law in support: **"Mathews v. U.S., June 14, 2012, 2nd circuit, case No. 10-0611-pr".** Also, **"U.S. v. Shedrick, July 19, 2007, 3rd circuit, case No. 04-2329".** Also, in doc. #25, I produced law in support: **"Gonzalez v. U.S., July 10, 2013, 2nd circuit, case No. 10-3630-pr".** Also, **"Jae Lee v. U.S., June 23, 2017, U.S. Supreme court, case No. 16-327,** citing, "Hill v. Lockhart, 474 U.S. 52, 59". In doc. #26, I produced law in

15

support: **"Dat v. U.S., April 11, 2019, 8ᵗʰ circuit, case No. 17-3652,** citing, "Doe v. U.S., 915 F.3d. 905, 912 (2ⁿᵈ cir.2019)", citing, "Jae Lee, 137 S. ct. at 1958" quoting "Strickland v. Washington, 466 U.S. 668, 688 (1984), citing, "Sessions v. Dimya, 138 S. ct. 1204, 1213 (2018)", citing, "U.S. v. Akinsade, 686, F. 3d 248. 254 (4ᵗʰ circuit)", citing, "U.S. v. Studley, 47 F. 3d 569, 575 (2ⁿᵈ cir.1995)". In doc. #27, I provided law in support: **"Roe-Medina v. U.S., May 16, 2019, 1ˢᵗ circuit, case No. 18-1150,** citing, "Roe v. Flore-Ortega, 528 U.S. 470 (2000)", citing, "Garza v. Idaho, 139 S. Ct. 738 (2019)". In doc. #29, I provided law in support: **"Strickland v. Washington".** In doc. #30, I provided law in support: **"U.S. v. Fabian-Baltazar, July 30, 2019, 9ᵗʰ circuit, case No. 15-16115,** citing, "Garza v. Idaho, 149 S. Ct. 738 (2019)". In doc. #: 32, I provided law in support: **"U.S. v. Herring, August 27, 2019, 10ᵗʰ circuit, case No. 18-4023",** citing, "U.S. v. Bucks", August 28, 2019, 2ⁿᵈ circuit, case No. 18-1361-cr", citing, "Garza v. Idaho, 139 S. Ct. 738, 745-746 (2019)". In doc. #: 50, I produced law in support: **"U.S. v. Ramirez, September 25, 2020, 9ᵗʰ circuit, case No. 18-10429"**

In Judge Meyers order in denial of relief, doc. #: 62, he went on claiming that my 'new found' discoveries, as to how I speculated the presence or absence of windshield wipers cast doubt on the authenticity of the recordings, specifically in Exhibit N-10. One of my observations was this: When 'CW-3' a.k.a. Demetrios Karipidis alleged drive started you will notice his windshield wipers were on until the 5 minute and 24 second mark, even up to the time when Mr. Karipidis makes a phone call to me (TT1) while he's in his car, letting me know that he's outside waiting in front of my house, as the audio recording clearly shows. Then in phase 2, you will hear another conversation that began, at the 5 minute and 24 second mark. You will hear Mr. Karipidis saying; "where are you goddamn it?", as the government alleged that I went inside his car. You will notice at that point the windshield wipers were off from that time on, even as Mr. Karipidis started to drive off after the alleged meeting ended. My observation has legitimate reasons to cast doubt on that particular event, because **a):** how can you have windshield wipers working, showing that it was raining on that day during Mr. Karipidis drive, and then as soon as I stepped inside Mr. Karipidis car the wipers were not active at all. I presented this discovery to Judge Meyers, because I came to believe that the drive to my house, and the alleged meeting were from two different time zones, manipulated by the government to be one of the same in order to create a fabricated drug buy event. And, **b):** I presented Exhibit I-1, in doc. #: 10, in my Petition of 2255, a weather report on that day of January 26, 2012, of the alleged drug buy the government claims it took place, showing that there was ZERO precipitation on that day. Since there was no rain on the forecast on that particular day, why is it then Mr. Karipidis had his windshield wipers working during the drive, and not during and after the alleged meeting took place? Answer me that, Jeffery A. Meyers?!?! As a matter of fact, Judge Meyers **"DID NOT",** and could not answer on any of the 'new found' discoveries I've provided in my Petition of 2255, because he knew that he failed as a judge, and that I over smarted him.

Judge Meyers also went on in his order of denial, claiming that I conducted line by line

review of all the wire taps with 'CW-3' a.k.a. Demetrios Karipidis. Well, Jeffrey boy, what I did, and what I've uncovered in my Petition of 2255, not only did I prove beyond a reasonable doubt that my counsels were ineffective, I also provided evidence as to how the government agents lied in bad faith in their DEA-6 Police reports, lied in their sworn affidavits about BRADY material, and I also proved as to how the U.S. Attorney's office had knowledge of the police's misconduct, and the government covered their illegal activities, and their unconstitutional methods used to investigate their citizens. That's not all that I proved Jeffrey boy. I proved that YOU were a FRAUD from the very beginning of my criminal case, and continued to be a PHONY throughout my civil case. I became a detective, an investigator, and a lawyer. YOU Jeffrey Meyers need to explain yourself on ALL of the 'new found' evidence I produced at your attention in my Petition of 2255. YOU cannot hide from YOUR misconduct. Why couldn't you or any other judge declare the most obvious that the governments Exhibit 15TR to be a fabricated document, and that it was used against me to acquire the wire-tap to my cell phone, and why didn't you suppress that particular evidence since it was fabricated?!?! Meyers knew very well, and also those corruptively bias judges of the 2nd circuit Panel(s), that everything in my criminal case was based on that particular illegally obtained conversation, whether it was a phone-to phone, or a person-to- person conversation, and that was the only reason as to why the district court granted the application to wire-tap TT1. Without that fabricated evidence the wire-tap application on February 07 & 08, 2012 "was not" to be granted. That's why none of you corruptively bias judges declined to rule on behalf of that particular fabricated evidence. In **"McDonough v. Smith, case #: 18-485, decided June 20, 2019"** the court decided on Mr. McDonough's behalf because the agent provided fabricated evidence and fabricated testimony against him, twice. The trial ended in mistrial. Due to this law, and the fact that fabricated evidence, Exhibit 15TR (transcript) in criminal case #: 12-cr-117(WWE) in the U.S. District court of Connecticut, MUST be suppressed, and then after, ALL other fabricated 'wire-tap' recording conversations, Exhibit N-5, N-7, N-8, N-9, N-10, between myself and 'CW-3' are inadmissible in any court, and must be suppressed also. Due to the fact the government presented altered, edited, and fabricated wire-taps to acquire the grant to my cell phone, TT1, the action taken by the government, without a doubt or any dispute, shows malicious prosecutorial misconduct. There for, ALL evidence and testimony's that were fabricated, and lead to secure the grand Judys' indictment, and lead to my criminal indictment **"MUST"** be dismissed. In due so, my Statutes of Limitations will then begin from that day on, once my criminal conviction is overturned. I should have never been convicted in a conspiracy, or plead guilty, if my attorneys conducted the same investigation and suppressed evidence, as I've presented in my Petition of 2255. From the very beginning of my arrest, and thereafter, I was providing the courts with valid information, claiming the falsehoods in the government's sworn affidavits and search warrants, exposing the agents and CW's disinformation by perjuring themselves while under oath, but sadly, no one wanted to listen to me. Finally, after I was released from prison, I had the full discovery in the CD's on my possession, and was able to conduct my own investigation,

17

something that my court appointed attorneys failed to do. None of YOU judges gave a damn about your citizens constitutional rights, or if the government violated our federal laws. All YOU judges wanted to do, was to abide by the government's ill wishes. That's why I call all of you CORRUPT!!!

In my Petition of 2255 I broke down everything, extensively, as to what was said in TFO, Cisero's sworn affidavit seeking the warrant to wire-tap TT1. I made the most of my valid observations in **doc. #: 1**, along with the Exhibits I've provided. On page 17, of doc. #:1, I'm making a factual discovery. I provided evidence to show that the government lied about not having knowledge that my family, and tenants resided on 39 Seaview Avenue (parents home). You will notice that TFO, Cisero on page 34, paragraph 90 in his February 07 & 08, 2012 sworn affidavit claimed under oath that GIOVANNI BIASETTI resided on 38 Seaview Avenue. In reality Mr. Biasetti resided in my parents, 2nd floor apartment, on 39 Seaview Avenue. The act to forge a false address was done with an ill purpose to deceive the court in order to get an easy warrant to search my parents' house. As I have done more studies onto the evidence the government used against me, I kept finding more and more discrepancies and deficiencies. Simply said; LIES!!!

In doc. #: 1412 of criminal case #: 12-cr-117(JAM), Dr. Ginsberg pretty much says it all. These discoveries were deprived from me when I've asked attorney O'Reilly to review and file motions for wire-tap suppressions prior to my coerced and unintellectual guilty plea. There was no need from me to hire a forensic specialist after my release from prison. These factual findings were O'Reilly's job to find and present to the court before my trial began. Now, it all makes a lot of sense as to why O'Reilly refused to have me see the evidence of the wire taps. O'Reilly knew all along that those wire taps between myself and Mr. Karipidis were fabricated. Dr. Ginsberg did a fantastic job on his analysis, but I have done a more thorough and precise investigation on behalf of the wire-tap conversations and their exact origin. I broke down every bit of information the government provided in their DEA-6 Police reports, Toll records, and then compared the same given information in their affidavits, and then I compared all that information to the audio recorded conversations and their transcripts. I will make it simple for this Panel. Just search the evidence and discoveries I've provided, as I've reported them in my Petition of 2255. I can only say, you MUST read the entirety of the motions in my Petition of 2255, and the Exhibits that correspondent along with those motions. I realize that is mind tiring to read so much content, but is a necessity in order to understand the full scope of my claims!!!

This is all in my Petition of 2255: In **doc. #: 2**, I pretty much explained the reasons I needed an attorney to represent me. In brief, I'm foretelling the court of all the violations against the government, police, CW'S, attorney's, the wire-taps, etc. In **doc. #: 8**, I supplemented Exhibits with my personal analysis and 'new found' discoveries of the 'fatico' hearing. In **doc. #: 10**, I've broaden my analysis, and explained the fraud in Exhibit N-10 (audio recording). I also briefly explained how 'CW-2', Joseph Dimyan is a fraud. In **doc. #: 11**, I've done my own analysis and

18

raised a lot of uncertainties in those court hearings I've specified in that motion. In **doc. #: 12**, I've supplemented analysis and information on other court hearings. I've also provided discovery showing that Det. Blake perjured himself while under oath during the June 18, 2014 suppression hearing with regards to the status of my parents home. In **doc. #: 20**, on page 3-6, I'm questioning the government's illegitimate claims with regards to my arrest. I'm also questioning some of the Toll Records. In **doc. #: 22**, page 2, I'm giving reasons to withdraw my guilty plea, and as to why I did not want to accept a guilty plea. In **doc. #: 24**, I'm providing discovery in this motion to show that the government's factual claims are inaccurate with regards to the reasons and the timing of my arrest on May 09, 2012. I'm also disputing, again, the government's illegitimate reasons and the time frame they claim the police acted upon my arrest on May 09, 2012. In **doc. #: 25**, I attacked the 'government's opposition to petitioners' motions to vacate, set aside or correct his conviction and sentence pursuant to 28 U.S.C. section 2255'. Very crucial and beneficial information that I've provided in my response letter. In **doc. #: 28**, I've provided telephone conversations between myself and CW-3, Demetrios Karipidis while he was deported to Greece. I also provided an email from Mr. Karipidis claiming that he **'never'** wore a wire on me, as the government falsely claimed that he did. I also provided discovery on pages 3-5, of the misinformation the government provided with their witnesses during my 'fatico'. I proved here as to how the government enhanced me with many drug amounts that I was not accountable for. In **doc. #: 29**, I provided discovery showing the ineffectiveness of counsel. In O'Reilly's letter he claimed "the evidence the government has against you is very strong". In my guilty plea hearing I claimed that "the evidence is overwhelming against me". I only repeated as to what O'Reilly said to me in his letter. I disagreed with the government and with O'Reilly, and that's why I asked for a 'fatico'. In **doc. #: 31**, I provided discovery to discredit 'CW-2' Joseph Dimyan. In **doc. #: 32**, I provided discovery to show the government's search warrant for 39 Seaview Avenue was defective. In **doc. #: 33**, I provided discovery to show that TFO, Cisero perjured himself in his sworn affidavit about an alleged buy on October 27, 2011 that did not occur as he swore under oath in his February 07 & 08, 2012 affidavit. In **doc. No: 34**, I provided discovery with detailed information to discredit TFO, Cisero's affidavit on February 07 & 08, 2012. I also brought another interesting discovery that clearly shows the search warrant for 39 Seaview Avenue was drafted with an ill-intent, and with misleading information, when the government declared it to be a 'single family home'. In TFO, Cisero's affidavit on February 07 & 08, 2012, on page 41, paragraph 108, he clearly states: "ZOGRAFIDIS resides in a house that is somewhat divided to accommodate **'multi-family'** members". Then again, Magistrate Fitzsimmons, Judge Eginton, and Judge Meyers justified the deliberate falsehoods in the governments search warrant. In **doc. #: 35**, I provided very detailed discovery to clearly state that the alleged drug buy on January 26, 2012 was definitely a fabricated event. I based these observations on TFO Cisero's affidavit on February 07 & 08, 2012, also the DEA-6 Police report, then I compared all that information with the audio surveillance on that particular event. Upon comparing all these factual claims by the

19

government, nothing makes any sense, or holds any truth, and everything in the audio recording was one fabricated event. Judge Meyers saw all of this, and must assume he finally realized that AUSA Vanessa Richards made him look like a fool and an idiot. I finally broke down and showed the court in detail the audio of the government's Exhibit N-10 was one fabricated event, because the times recorded did not correspond with Toll Records, and the DEA-6 Police reports. In **doc. #: 37**, I'm providing legitimate reasons as to why 'CW-3' was not aware that he was recorded while he was with me in the audio conversation of Exhibit N-10/15TR, nor that he was working under the police's supervision. In **doc. #: 38**, I'm giving judge Meyers additional information about the contents of that fabricated Exhibit 15TR, to be all of nonsense, because I didn't know what I was saying, and was only trying to 'show off' in front of my friend. In **doc. #: 40**, I'm asking judge Meyers to order the government to provide Toll records from Feb. 01, 2012 until February 08, 2012. There was a void of undocumented Toll records, and I believe the government was hiding the fact between that time frame there was records to show that Exhibit 15TR was a phone-to-phone conversation, and not a person-to-person conversation as the government claimed. In **doc. #: 43**, I'm asking judge Meyers to revive the existence of the November 25, 2013 court hearing. The government claimed that those records were deleted accidently, but I have suspicion to believe that wicked witch Vanessa Richards destroyed those documents purposely. In **doc. #: 45**, I send a personal letter to judge Meyers showing him discovery that my mom resided upstairs on the 1st floor. The government claimed otherwise. In **doc. #: 46**, I send a letter to judge Meyers proving him with information that my friend Adel Elborgi who was arrested with me on May 09, 2012, might have been assisting the police to lure me out of my house in order to arrest me outside my mothers' house, because I believe they didn't have probable cause and a warrant to enter the house, knowing that my parents, brother and tenants resided in that house. In **doc. #: 47**, I presented discovery to show that I was not involved in Mr. Papadakos alleged drug affairs from the very start of the indictment. Also, I provided discovery that shows the government had full knowledge that I resided in the basement of my parents' home. The search warrant did not describe the basement to be only searched, since they knew I resided there. The government had no business traumatizing my family who resided on the 1st floor apartment without a warrant. In **doc. #: 49**, I provided discovery to show that the government maliciously tried to hold my family responsible of my private affairs. In **doc. #: 51**, I'm providing additional discovery to show TFO's Ciseros' affidavit on those four alleged drug buys with 'CW-3' were fabricated, by bringing forth different information on his affidavit, compared to his DEA-6 Police report, and compared to Toll Records. This is real good detective work that I did here!!! In **doc. #: 52**, I'm asking judge Meyers to Mandate the government to provide the "ORIGINAL DATA" for the wire-tap applications, as Jerry R. Grant-Digital Forensics Investigation requested, because the Toll Records the government provided to the court were not the original. I also produced different Exhibits, emails from "Advanced Investigations", questioning the "routed calls" that showed on my Toll Records on TT1. In **doc. #: 65**, I provided a final evaluation of Phase 2 conducted on my

cell phone, TT1. Here, the government tried to destroy all data on my cell phone, but unluckily, they left some evidence behind to cast doubt on the authenticity of the government's Toll Records they've provided to the court, showing the likelihood that the government had their own illegal listening post, and retrieving information through illegally eavesdropping into our phones prior to the warrant issued on February 09, 2012, by district judge Haight.

I would like to take you to a SCHEDULING CONFERENCE hearing on May 18, 2015. On page 12 to page 13, lines 2-8, I claimed "I have a confession from Mr. Demetrios Karipidis, who is confidential witness number three....He told me that he was not wearing a wire...as it was documented in Cisero's affidavit...". Then on page 13, lines 21-25, I said "And your Honor, and I have spoked with Mr. Karipidis a very, very good friend of mine, he looks at me, Gus I would never do that to you. Do not trust them. They lied to me. They played me dirty. They had me deported, and I never wear a wire". On page 14, lines 1-10, I claimed "...I had my attorney Mr. Koch call Mr. Demetrios Karipidis and he asked him the question, did you wear a wire, and he said, no, he did not...Now listen to this, Your Honor, and when Mr. Koch gave that information to Ms. Vanessa Richards, do you know what Ms. Vanessa Richards said, Your Honor? She threaten him by saying, if he signed that affidavit, Mr,. he drew up an affidavit for Mr. Karipidis to sign, she threatened him, that if he signed that affidavit, she would indict him for perjury". Then, on page 15, lines 1-4, I said "Now, your Honor, we can resolve this once and for all. There is a way to do this thing. We can have, we can take those tapes and we can have an <u>audio/video specialist analyze</u> them...". Then on page 15, lines 13-14, I said "And, your Honor, I, <u>we need to take those tapes to the lab</u>...". Then on page 17, lines 15-17, I said "...everything in Cisero's affidavit was lies, and I told both of my lawyers, lies, lies, not even one time, did they file suppression under anything". Then on page 19, lines 10-11, I said "Okay. That is all I got to say, Your Honor. <u>Please have those things analyzed</u>".

During a STATUS CONFERENCE on December 22, 2015, page 40, lines 15-25, and page 41, line 1: MR. KOCH: <u>"Okay. And then Mr. Zografidis would also like the court to rule on whether it would order those phone conversations or wire recordings analyzed by an expert. In his view, it would prove that it was actually a phone call between him and Karipidis, not a wire. He's asking for an expert basically to review those.</u> THE COURT: "To review the phone conversation we just heard corresponding to Exhibit 15?" MR. KOCH: " Yes, Your Honor. And actually, all the conversations between Karipidis that are referenced in the Cisero's affidavit".

During a CASE SUMMARY on July 14, 2015, on page 28, lines 23-25, and page 29, lines1-5, co-defender, Alfred Catino said: "I can only just try to describe to you, but I do know that if your Honor gives us this hearing I will prove that Agent Cisero was one of the biggest liars. I've got grand jury testimony on him lying to the grand jury. I've got Ms. Richards leading, which is okay. They say they can't lead them, too. But leading him on, on questioning that's unbelievable". Also, from page 15 to page 23, line 2, Catino was trying to explain to judge Eginton how Cisero in

21

In his February 07 & 08, 2012 sworn affidavit claimed that 'CW-1' was one of the same person. Co-defender Alfred Catino was reminding judge Eginton of an affidavit he produced on November 25, 2013 at a hearing, where all records were deleted, and not to be found. On page 16, lines 11-19, 'CW-1' was assisting the police to apprehend a person who was carrying 400 grams of cocaine in the New York line. That is the same information Agent Cisero gave in his February 07 & 08, 2012 sworn affidavit. Then again, Cisero also claimed in the same affidavit that 'CW-1' have purchased 2 ounces of cocaine, once on August 06, 2011, and then on August 16, 2011 while under the polices supervision from co-defender John Yerinidis. But, John Yerinidis signed an affidavit claiming that he sold those two ounces to Sammy Atilla, a.k.a. Sammy the Egyptian (see page 17, lines 1-3). Catino was trying to show the court that the government was **'double dipping'** with 'CW-1', because Mr. Yerinidis claimed that 'CW-1' went by the name TED LEE. He also claimed that Ted Lee tried to purchase two ounces of cocaine from him but he didn't sell him any cocaine because he didn't have any cocaine. Please see Exhibit-af, in case #: 22-cv-631(VAB). Also, I Konstantinos Zografidis filed this same transcript to the 2nd circuit court of appeals, case #: 16-325-cr(L). In Yerinidis letter drafted by his attorney David A. Ring, he claimed "Last, I also would like to note that, in regard to paragraph 38, Mr. Yerinidis disputes details of the Government's claims regarding CW-1's activities, and that the Government recordings do not prove one way or the other whether the Government's claims are true...". On page 22, lines 24-25, and page 23, line 1. THE COURT: <u>"Well, we told you we would give you the hearing. So that's not going to be a problem"</u>.

You see now what happened here on these three different hearings in the presence of judge Eginton, and judge Meyers?!?!  I was trying to tell Eginton and Meyers that 'CW-3' made a confession to me, and to my attorney William T. Koch, Jr., that **'he did not wear a wire'** , and then I was asking judge Eginton, and also attorney Koch asked judge Meyers to have a forensic specialist to analyze those recorded conversations in order to prove their validity **(See Dr. Paul Ginsberg's forensic analysis on 'CW-3's' wire-tap recordings--doc. #: 1412, in case #: 12-cr-117(JAM)**). Then, my co-defender Alfred Catino is asking judge Eginton during the CASE SUMMARY for an 'franks' hearing, and that he can prove that Agent Cisero is a complete liar. Well, Honorable Panel, "We the People" are not going to wait for your judge's generosity anymore, because we don't believe in your court proceedings, because YOU have showed us, so far, that you were all corruptively bias. That's why I went on my own, and I've conducted my own investigation against ALL OF YOU!!!  Not only did I prove in my Petition of 2255 that Agent Cisero is a god damn liar, but all of the U.S. Attorney's involved in my criminal and civil case(s) were maliciously covering-up the polices constitutional violations, and their perjury's committed while under oath. If that wasn't bad enough, now we have federal judges who favor and justify criminal acts, or better described as, constitutional violations committed by the government agents, and their U.S. Attorney's.

22

Not even one of you federal judges who presided over my criminal and civil case(s) dared to suppress, rule upon, and also claim that **"ALL"** of the wire-taps between myself and 'CW-3' were null and void, and also fabricated under malicious prosecutorial misconduct. **SHAME ON ALL OF YOU!!!**

## CONCLUSION

Based on all the evidence, 'new found' discoveries, and U.S. Supreme court laws that I've provided in the above captioned case, I'm humbly, again, seeking from this Honorable Panel to do the right thing, and to reverse ALL of the district court's decisions, not only in this civil case, but also to withdraw, vacate, set aside, my coerced and unintellectual guilty plea, and to remand all of my case(s) for a fair and impartial trial before an unprejudiced jury on proper evidence and under correct instructions as is just and proper.

Respectfully Submitted

Konstantinos Zografidis, Pro Se

Plaintiff-Appellant

## **CERTIFICATE OF COMPLIANCE**

I, Konstantinos Zografidis, certify that this brief contains 14,000 words or less

.

# APPENDIX

## TABLE OF CONTENTS

1.  District Court Docket Sheet……………………………………………………….. pages 1-13
2.  Notice of Appeal…………………………………………………………attached & page 13
3.  Judgement……………………………………………………………………….pages 11-14
4.  Certificate of Service…………………………………………………………….attached

APPEAL,CLOSED,EFILE,MOTREF,PROSE,REFMC,TOF

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:22-cv-00631-VAB
## Internal Use Only

Zografidis v. Richards et al

Assigned to: Judge Victor A. Bolden

Referred to: Judge Thomas O. Farrish

Demand: $2,700,000,000

Cause: 28:1331 Federal Question: Bivens Act

Date Filed: 05/04/2022

Date Terminated: 12/20/2022

Jury Demand: Plaintiff

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Konstantinos Zografidis**           represented by  **Konstantinos Zografidis**

39 Seaview Avenue

Unit 1

Norwalk, CT 06855

(203) 434-3924

Email: kzografidis@aol.com

PRO SE

V.

**Defendant**

**Vanessa Richards**
*AUSA*

**Defendant**

**Michael E Runowicz**
*AUSA*
*TERMINATED: 10/26/2022*

**Defendant**

**Sarah P. Karwan**
*AUSA*
*TERMINATED: 10/26/2022*

**Defendant**

**Deirde M Daly**
*USA*
*TERMINATED: 10/26/2022*

**Defendant**

**Kenneth A. Blanco**
*Deputy Ass. Attorney General-Criminal Division*
*TERMINATED: 10/26/2022*

**Defendant**

**Sandra S. Glover**
*AUSA*
*TERMINATED: 10/26/2022*

<u>**Defendant**</u>

**Patrick Doherty**
*AUSA*
*TERMINATED: 10/26/2022*

<u>**Defendant**</u>

**Peter D. Markle**
*AUSA*
*TERMINATED: 10/26/2022*

<u>**Defendant**</u>

**John B. Hughes**
*AUSA*
*TERMINATED: 10/26/2022*

<u>**Defendant**</u>

**William Nardini**
*AUSA*
*TERMINATED: 10/26/2022*

<u>**Defendant**</u>

**John H. Durham**
*USA*
*TERMINATED: 10/26/2022*

<u>**Defendant**</u>

**Dominick Cisero**
*TFO*
*TERMINATED: 10/26/2022*

<u>**Defendant**</u>

**Terrence Blake**
*Det.*
*TERMINATED: 10/26/2022*

<u>**Defendant**</u>

**Perez**
*SGT*
*TERMINATED: 10/26/2022*

<u>**Defendant**</u>

**Edwards**
*Det.*
*TERMINATED: 10/26/2022*

<u>**Defendant**</u>

**Mark Suda**
*Ofc.*

*TERMINATED: 10/26/2022*

**Defendant**

**Kaczynski**
*RAC*
*TERMINATED: 10/26/2022*

**Defendant**

**Roscoe**
*TFO*
*TERMINATED: 10/26/2022*

**Defendant**

**Walsh**
*TFO*
*TERMINATED: 10/26/2022*

**Defendant**

**Lofton**
*TFO*
*TERMINATED: 10/26/2022*

**Defendant**

**Rodney George**
*SA*
*TERMINATED: 10/26/2022*

**Defendant**

**Matera**
*NPD Lt.*
*TERMINATED: 10/26/2022*

**Defendant**

**Anthony DePanfilis**
*Ofc.*
*TERMINATED: 10/26/2022*

**Defendant**

**McHugh**
*SA*
*TERMINATED: 10/26/2022*

**Defendant**

**Martinez**
*TFO*
*TERMINATED: 10/26/2022*

**Defendant**

**Sixto**
*Ofc.*
*TERMINATED: 10/26/2022*

**Defendant**

**Dinnan**
*GS*
*TERMINATED: 10/26/2022*

**Defendant**

**Paul Thomas**
*Atty.*
*TERMINATED: 10/26/2022*

**Defendant**

**Frank O'Reilly**
*Atty.*
*TERMINATED: 10/26/2022*

**Defendant**

**Elliot R. Warren**
*Atty.*
*TERMINATED: 10/26/2022*

represented by **Charles A. Deluca**
Ryan Ryan Deluca, LLP - Stamford
707 Summer Street
Stamford, CT 06901
203-357-9200
Fax: 203-357-7915
Email: cdeluca@ryandelucalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liam M. West**
Ryan Ryan Deluca LLP
1000 Lafayette Boulevard, Suite 800
Bridgeport, CT 06604
203-549-6660
Fax: 203-357-7915
Email: lmwest@ryandelucalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph Dimyan**
*Atty*
*TERMINATED: 10/26/2022*
*also known as*
CW-2
*TERMINATED: 10/26/2022*

**Defendant**

**Joseph Gega**
*TERMINATED: 10/26/2022*

**Defendant**

**Christos Papachristou**
*TERMINATED: 10/26/2022*

**Defendant**

**Statewide Grievance Committee**
*TERMINATED: 10/26/2022*

represented by **Robert J. Deichert**
Connecticut Attorney General's Office
165 Capitol Avenue
Hartford, CT 06106
860-808-5020
Email: robert.deichert@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Danbury Grievance Panel**
*TERMINATED: 10/26/2022*

represented by **Robert J. Deichert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ted Lee**
*TERMINATED: 10/26/2022*
*also known as*
CW-1
*TERMINATED: 10/26/2022*

**Defendant**

**Chris Anderson**
*TERMINATED: 10/26/2022*

**Defendant**

**David Solano**
*CI, Bobby*
*TERMINATED: 10/26/2022*

**Defendant**

**U.S. Attorney's Office**
*of Bridgeport CT*
*TERMINATED: 10/26/2022*

**Defendant**

**Norwalk Police Dept.**
*TERMINATED: 10/26/2022*

**Defendant**

**Westport Police Dept.**
*TERMINATED: 10/26/2022*

represented by **Richard J. Buturla**
Berchem Moses P.C.
75 Broad St.
Milford, CT 06460
203-783-1200
Fax: 203-878-4912
Email: rbuturla@berchemmoses.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan P Driscoll**
Berchem Moses P.C.

75 Broad St.
Milford, CT 06460
203-783-1200
Fax: 203-878-4912
Email: rdriscoll@berchemmoses.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**High Intensity Narcotics Task Force**
*of Bridgeport RO-DEA*
*TERMINATED: 10/26/2022*

**Defendant**

**Westport Police Department**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2022 | 1 | COMPLAINT against All Defendants, filed by Konstantinos Zografidis. (Mendez, D) (Entered: 05/09/2022) |
| 05/04/2022 | 2 | MOTION for Leave to Proceed in forma pauperis by Konstantinos Zografidis. (Mendez, D) . (Entered: 05/09/2022) |
| 05/04/2022 | 3 | Order on Pretrial Deadlines: Amended Pleadings due by 7/3/2022. Discovery due by 11/3/2022. Dispositive Motions due by 12/8/2022. Signed by Clerk on 5/4/2022. (Mendez, D) (Entered: 05/09/2022) |
| 05/04/2022 | 4 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Alfred V. Covello on 5/4/2022. (Mendez, D) (Entered: 05/09/2022) |
| 05/09/2022 | 5 | **ENTERED IN ERROR** - NOTICE TO COUNSEL/SELF-REPRESENTED PARTIES : Counsel or self-represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 4 Electronic Filing Order, 3 Order on Pretrial Deadlines, 1 Complaint filed by Konstantinos Zografidis. Signed by Clerk on 5/9/2022. (Mendez, D) Modified on 5/16/2022 (Mendez, D). (Entered: 05/09/2022) |
| 05/20/2022 | 6 | MOTION For Appointment of Counsel by Konstantinos Zografidis. (Attachments: # 1 Envelope) (Mendez, D) (Entered: 05/24/2022) |
| 05/26/2022 | 7 | ORDER REFERRING CASE to Magistrate Judge Thomas O. Farrish for ruling on 2 MOTION for Leave to Proceed in forma pauperis, 6 MOTION to Appoint Counsel, and Initial Review of the complaint. Signed by Judge Alfred V. Covello on 5/26/2022. (Velez, F.) (Entered: 05/26/2022) |
| 05/26/2022 | 🔒 | (Court only) ***Staff notes: Order 7 mailed to Konstantinos Zografidis at 39 Seaview Avenue, Unit 1, Norwalk, CT 06855. (Velez, F.) (Entered: 05/26/2022) |
| 05/31/2022 | 8 | Consent to Electronic Notice By Self-Represented Litigant, by Konstantinos Zografidis. (Attachments: # 1 Envelope) (Mendez, D) (Entered: 06/03/2022) |
| 07/06/2022 | 9 | RECOMMENDED RULING - Denying 2 MOTION for Leave to Proceed in forma pauperis filed by Konstantinos Zografidis, Dismissing the entire complaint without |

| | | |
|---|---|---|
| | | prejudice 1 Complaint filed by Konstantinos Zografidis, Denying 6 MOTION to Appoint Counsel filed by Konstantinos Zografidis 28 Pages. Objections due by 7/20/2022.<br>Signed by Judge Thomas O. Farrish on 7/6/22.(Wood, R.) (Entered: 07/06/2022) |
| 07/20/2022 | 10 | OBJECTION to Judge Thomas O. Farrish 9 Recommended Ruling, filed by Konstantinos Zografidis. (Velez, F.) (Entered: 07/21/2022) |
| 07/25/2022 | 11 | OBJECTION to Judge Thomas O. Farrish Recommended Ruling 9 filed on 7/6/2022 by Konstantinos Zografidis. (Barry, L) (Entered: 07/26/2022) |
| 07/25/2022 | 12 | MOTION to Show Discovery and Evidence by Konstantinos Zografidis. (Barry, L) (Entered: 07/26/2022) |
| 07/29/2022 | 13 | Letter from Konstantinos Zografidis Dated 7/26/2022. (Attachments: # 1 Envelope) (Mendez, D) (Entered: 08/01/2022) |
| 09/01/2022 | 14 | MOTION to Supplement the Record by Konstantinos Zografidis. (Attachments: # 1 Envelope)(Shafer, J.) (Entered: 09/01/2022) |
| 09/04/2022 | 15 | NOTICE: Judge Alfred V. Covello will be retiring from the bench and his cases will be reassigned in accordance with the procedures of the Clerk's Office. The parties will have two weeks from this docket entry either to file a notice to consent to magistrate judge jurisdiction or to elect to proceed before a United States district judge. Consenting to magistrate judge jurisdiction furthers the goal of efficient and maximum utilization of judicial resources, and as such, I strongly encourage the parties to consider magistrate judge jurisdiction for all purposes, including a final disposition. The parties are, of course, free to withhold consent without adverse substantive consequences. 28 U.S.C. § 636(c)(2).<br>Signed by Judge Stefan R. Underhill on 9/4/2022.(Hushin, Z.) (Entered: 09/04/2022) |
| 09/06/2022 | | Filing fee received from Konstantinos Zografidis: $ 402.00, receipt number HFD19368. (Mendez, D) (Entered: 09/06/2022) |
| 09/09/2022 | 16 | Motion to proceed before a U.S. District Judge, Charles S. Haight, and a select 12 member Jury, by Konstantinos Zografidis. (Attachments: # 1 Envelope)(Mendez, D) (Entered: 09/12/2022) |
| 09/21/2022 | | Request for Clerk to issue summons as to Chris Anderson, Terrence Blake, Kenneth A. Blanco, Dominick Cisero, Deirde M Daly, Danbury Grievance Panel, Anthony DePanfilis, Joseph Dimyan, Dinnan, Patrick Doherty, John H. Durham, Edwards, Joseph Gega, Rodney George, Sandra S. Glover, High Intensity Narcotics Task Force, John B. Hughes, Kaczynski, Sarah P. Karwan, Ted Lee, Lofton, Peter D. Markle, Martinez, Matera, McHugh, William Nardini, Norwalk Police Dept., Frank O'Reilly, Christos Papachristou, Perez, Vanessa Richards, Roscoe, Michael E Runowicz, Sixto, David Solano, Statewide Grievance Committee, Mark Suda, Paul Thomas, U.S. Attorney's Office, Walsh, Elliot R. Warren, Westport Police Dept. (Mendez, D) (Entered: 09/21/2022) |
| 09/21/2022 | 17 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Kenneth A. Blanco, Deirde M Daly, Patrick Doherty, John H. Durham, Sandra S. Glover, John B. Hughes, Sarah P. Karwan, Peter D. Markle, William Nardini, Vanessa Richards, Michael E Runowicz* with answer to complaint due within *60* days. *Konstantinos Zografidis* *39 Seaview Avenue Unit 1* *Unit 1* *Norwalk, CT 06855*. (Mendez, D) (Entered: 09/21/2022) |
| 09/21/2022 | 18 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Chris Anderson, Terrence Blake, Dominick Cisero, Danbury Grievance Panel, |

| | | |
|---|---|---|
| | | Anthony DePanfilis, Joseph Dimyan, Dinnan, Edwards, Joseph Gega, Rodney George, High Intensity Narcotics Task Force, Kaczynski, Ted Lee, Lofton, Martinez, Matera, McHugh, Norwalk Police Dept., Frank O'Reilly, Christos Papachristou, Perez, Roscoe, Sixto, David Solano, Statewide Grievance Committee, Mark Suda, Paul Thomas, U.S. Attorney's Office, Walsh, Elliot R. Warren, Westport Police Dept.* with answer to complaint due within *21* days. *Konstantinos Zografidis* *39 Seaview Avenue* *Unit 1* *Norwalk, CT 06855*. (Mendez, D) (Entered: 09/21/2022) |
| 09/27/2022 | 19 | ORDER OF TRANSFER. Case reassigned to Judge Victor A. Bolden for all further proceedings.<br>Signed by Clerk on 9/27/2022.(Hushin, Z.) (Entered: 09/27/2022) |
| 09/30/2022 | 22 | SUMMONS Returned Executed by Konstantinos Zografidis. Terrence Blake served on 9/26/2022, answer due 10/17/2022; Dominick Cisero served on 9/26/2022, answer due 10/17/2022; Danbury Grievance Panel served on 9/26/2022, answer due 10/17/2022; Anthony DePanfilis served on 9/26/2022, answer due 10/17/2022; Joseph Dimyan served on 9/26/2022, answer due 10/17/2022; Dinnan served on 9/26/2022, answer due 10/17/2022; Edwards served on 9/26/2022, answer due 10/17/2022; Joseph Gega served on 9/26/2022, answer due 10/17/2022; Rodney George served on 9/26/2022, answer due 10/17/2022; High Intensity Narcotics Task Force served on 9/26/2022, answer due 10/17/2022; Kaczynski served on 9/26/2022, answer due 10/17/2022; Lofton served on 9/26/2022, answer due 10/17/2022; Martinez served on 9/26/2022, answer due 10/17/2022; Matera served on 9/26/2022, answer due 10/17/2022; McHugh served on 9/26/2022, answer due 10/17/2022; Norwalk Police Dept. served on 9/26/2022, answer due 10/17/2022; Frank O'Reilly served on 9/26/2022, answer due 10/17/2022; Perez served on 9/26/2022, answer due 10/17/2022; Roscoe served on 9/26/2022, answer due 10/17/2022; Sixto served on 9/26/2022, answer due 10/17/2022; Statewide Grievance Committee served on 9/26/2022, answer due 10/17/2022; Mark Suda served on 9/26/2022, answer due 10/17/2022; Paul Thomas served on 9/26/2022, answer due 10/17/2022; Walsh served on 9/26/2022, answer due 10/17/2022; Elliot R. Warren served on 9/26/2022, answer due 10/17/2022; Westport Police Dept. served on 9/26/2022, answer due 10/17/2022. (Attachments: # 1 copy of envelope) (Oliver, T.) (Entered: 10/03/2022) |
| 09/30/2022 | 23 | SUMMONS Returned Executed by Konstantinos Zografidis. Kenneth A. Blanco served on 9/26/2022, answer due 11/25/2022; Deirde M Daly served on 9/26/2022, answer due 11/25/2022; Patrick Doherty served on 9/26/2022, answer due 11/25/2022; John H. Durham served on 9/26/2022, answer due 11/25/2022; Sandra S. Glover served on 9/26/2022, answer due 11/25/2022; John B. Hughes served on 9/26/2022, answer due 11/25/2022; Sarah P. Karwan served on 9/26/2022, answer due 11/25/2022; Peter D. Markle served on 9/26/2022, answer due 11/25/2022; William Nardini served on 9/26/2022, answer due 11/25/2022; Vanessa Richards served on 9/26/2022, answer due 11/25/2022; Michael E Runowicz served on 9/26/2022, answer due 11/25/2022; U.S. Attorney's Office served on 9/26/2022, answer due 11/25/2022. (Attachments: # 1 copy of envelope) (Oliver, T.) (Entered: 10/03/2022) |
| 10/03/2022 | 20 | NOTICE of Appearance by Charles A. Deluca on behalf of Elliot R. Warren (Deluca, Charles) (Entered: 10/03/2022) |
| 10/03/2022 | 21 | NOTICE of Appearance by Liam M. West on behalf of Elliot R. Warren (West, Liam) (Entered: 10/03/2022) |
| 10/07/2022 | 24 | ORDER adopting 9 Recommended Ruling, dismissing the Complaint. Plaintiff has until **November 4, 2022** to file an Amended Complaint and address the deficiencies identified by Magistrate Judge Farrish. |

The Court understands that Plaintiff currently believes that Magistrate Judge Farrish erred. But, based on the applicable law - law this Court is bound to uphold - no such error has been identified. If an Amended Complaint is not filed by **November 4, 2022**, this dismissal will become one with prejudice, and this case will be closed.

As a result of the Court adopting the recommended ruling, any other pending motions in this case can be denied as moot in light of the dismissal of the Complaint.

Signed by Judge Victor A. Bolden on 10/07/2022.(Jean-Jacques, Walter) (Entered: 10/07/2022)

| | | |
|---|---|---|
| 10/07/2022 | 30 | ORDER finding as moot 12 Motion for Order; finding as moot 14 Motion to Supplement; finding as moot 16 Motion for Order Per order 24 . Signed by Judge Victor A. Bolden on 10/7/2022. (Imbriani, Susan) (Entered: 10/28/2022) |
| 10/10/2022 | 25 | NOTICE of Appearance by Ryan P Driscoll on behalf of Westport Police Dept. (Driscoll, Ryan) (Entered: 10/10/2022) |
| 10/10/2022 | 26 | NOTICE of Appearance by Richard J. Buturla on behalf of Westport Police Dept. (Buturla, Richard) (Entered: 10/10/2022) |
| 10/11/2022 | 27 | MOTION to reissue summons and for the court to assist in finding addresses as to defendants Anderson, Lee, Solano and Papachristou by Konstantinos Zografidis.Responses due by 11/1/2022 (Attachments: # 1 envelope)(Imbriani, Susan) (Entered: 10/11/2022) |
| 10/11/2022 | 28 | MOTION to Amend/Correct 1 Complaint by Konstantinos Zografidis.Responses due by 11/1/2022 (Imbriani, Susan) (Entered: 10/11/2022) |
| 10/26/2022 | 29 | AMENDED COMPLAINT against Vanessa Richards, filed by Konstantinos Zografidis.(Imbriani, Susan) (Entered: 10/27/2022) |
| 10/26/2022 | 🔒 | (Court only) *** Party Kenneth A. Blanco (Deputy Ass. Attorney General-Criminal Division), Dominick Cisero (TFO), Deirde M Daly (USA), Danbury Grievance Panel, Anthony DePanfilis (Ofc.), Joseph Dimyan (Atty), Dinnan (GS), Patrick Doherty (AUSA), John H. Durham (USA), Edwards (Det.), Joseph Gega, Rodney George (SA), Sandra S. Glover (AUSA), High Intensity Narcotics Task Force (of Bridgeport RO-DEA), John B. Hughes (AUSA), Kaczynski (RAC), Sarah P. Karwan (AUSA), Ted Lee, Lofton (TFO), Peter D. Markle (AUSA), Martinez (TFO), Matera (NPD Lt.), McHugh (SA), William Nardini (AUSA), Norwalk Police Dept., Frank O'Reilly (Atty.), Christos Papachristou, Perez (SGT), Roscoe (TFO), Michael E Runowicz (AUSA), Sixto (Ofc.), David Solano (CI, Bobby), Statewide Grievance Committee, Mark Suda (Ofc.), Paul Thomas (Atty.), U.S. Attorney's Office (of Bridgeport CT), Walsh (TFO), Elliot R. Warren (Atty.), Westport Police Dept., Chris Anderson and Terrence Blake (Det.) terminated. (Imbriani, Susan) (Entered: 10/27/2022) |
| 11/02/2022 | 31 | MOTION for Reconsideration and Objection re 24 Order adopting Recommended Ruling, 30 Order on Motion for Order, Order on Motion, by Konstantinos Zografidis. (Attachments: # 1 envelope)(Imbriani, Susan) (Entered: 11/04/2022) |
| 11/16/2022 | 32 | NOTICE of Appearance by Robert J. Deichert on behalf of Danbury Grievance Panel, Statewide Grievance Committee (Deichert, Robert) (Entered: 11/16/2022) |
| 11/16/2022 | 33 | MOTION to Dismiss for Lack of Jurisdiction , *Failure to State a Claim, Improper Service, and Failure to Comply with Rule 8* by Danbury Grievance Panel, Statewide Grievance Committee.Responses due by 12/7/2022 (Attachments: # 1 Memorandum in Support)(Deichert, Robert) (Entered: 11/16/2022) |

| 11/16/2022 | 34 | MOTION to Stay re 33 MOTION to Dismiss for Lack of Jurisdiction , *Failure to State a Claim, Improper Service, and Failure to Comply with Rule 8 Requesting that the Court Stay the Parties' Rule 26 Requirements Including Discovery in this Action Pending Decision on State Defendants' Pending Motion to Dismiss* by Danbury Grievance Panel, Statewide Grievance Committee.Responses due by 12/7/2022 (Attachments: # 1 Memorandum in Support)(Deichert, Robert) (Entered: 11/16/2022) |
|---|---|---|
| 11/16/2022 | 35 | First MOTION to Dismiss *"Amended Complaint"* by Elliot R. Warren.Responses due by 12/7/2022 (Attachments: # 1 Memorandum in Support of Motion to Dismiss, # 2 Exhibit A)(West, Liam) (Entered: 11/16/2022) |
| 11/17/2022 | 36 | *Notice to Self-Represented Litigant Concerning Motion to Dismiss* filed by Elliot R. Warren. (West, Liam) Modified on 11/17/2022 as to title of document. (Imbriani, Susan). (Entered: 11/17/2022) |
| 11/17/2022 | 37 | NOTICE to Self-Represented Litigant re 33 MOTION to Dismiss for Lack of Jurisdiction , *Failure to State a Claim, Improper Service, and Failure to Comply with Rule 8* by Danbury Grievance Panel, Statewide Grievance Committee. (Attachments: # 1 Exhibit, # 2 Exhibit)(Freberg, B) (Entered: 11/17/2022) |
| 11/17/2022 | 38 | ORDER denying 27 Motion for the court to assist in finding addresses.<br><br>Plaintiff has filed a motion requesting that the Court "use the power and authority... bestowed upon [it]" to assist him with effecting service as to four of the named Defendants. Because Plaintiff is not proceeding in forma pauperis ("IFP"), *see* ECF Nos. 9, 24 (denying plaintiff's motion to proceed IFP), the Court lacks the authority to grant plaintiff's request. *Cf. Abreu v. Travers*, No. 915CV0540MADATB, 2019 WL 9054750, at *3 (N.D.N.Y. May 14, 2019) ("Because plaintiff is not proceeding IFP, it is his responsibility to effectuate service of the complaint on the defendants."); *Meilleur v. Strong*, 682 F.3d 56, 61 (2d Cir. 2012) ("[P]laintiffs proceeding *pro se* and IFP are entitled to rely on the Marshals to effect service[.]").<br><br>Accordingly, Plaintiff's motion for the Court to assist with service is **DENIED**.<br><br>Signed by Judge Victor A. Bolden on 11/17/2022. (Diallo, I.) (Entered: 11/17/2022) |
| 11/17/2022 | 39 | ORDER granting 34 Motion to Stay. In light of the pending motions to dismiss in this case, consistent with this Court's inherent authority to manage its docket with a "view toward the efficient and expedient resolution of cases," *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016), the Defendants' motion to stay Rule 26 Requirement, including all discovery, is **GRANTED**. All discovery in this case is **STAYED** until 30 days after the Court issues a ruling on the pending motions to dismiss. Signed by Judge Victor A. Bolden on 11/17/2022. (Diallo, I.) (Entered: 11/17/2022) |
| 11/22/2022 | 40 | MOTION to Dismiss *AND MEMORANDUM OF LAW* by Westport Police Dept..Responses due by 12/13/2022 (Driscoll, Ryan) (Entered: 11/22/2022) |
| 11/22/2022 | 41 | NOTICE by Westport Police Department re 40 MOTION to Dismiss *AND MEMORANDUM OF LAW (SELF-REPRESENTED LITIGANT)* (Driscoll, Ryan) (Entered: 11/22/2022) |
| 11/23/2022 | 42 | OBJECTION re 33 MOTION to Dismiss for Lack of Jurisdiction , *Failure to State a Claim, Improper Service, and Failure to Comply with Rule 8*, 34 MOTION to Stay re 33 MOTION to Dismiss for Lack of Jurisdiction , *Failure to State a Claim, Improper Service, and Failure to Comply with Rule 8 Requesting that the Court Stay the Parties' Rule 26 Requirements Including Discovery*, 38 Order on Motion for Miscellaneous Relief,,,, 35 First MOTION to Dismiss *"Amended Complaint"*, 37 Notice (Other), 36 |

| | | *Response filed by Konstantinos Zografidis. (Attachments: # 1 envelope)(Imbriani, Susan) (Entered: 11/23/2022)* |
|---|---|---|
| 11/28/2022 | 43 | OBJECTION re 41 Notice, 40 MOTION to Dismiss *AND MEMORANDUM OF LAW* filed by Konstantinos Zografidis. (Attachments: # 1 envelope)(Imbriani, Susan) (Entered: 11/28/2022) |
| 12/07/2022 | 44 | REPLY to Response to 33 MOTION to Dismiss for Lack of Jurisdiction , *Failure to State a Claim, Improper Service, and Failure to Comply with Rule 8* filed by Danbury Grievance Panel, Statewide Grievance Committee. (Deichert, Robert) (Entered: 12/07/2022) |
| 12/14/2022 | 45 | OBJECTION re 41 Notice (Other), 40 MOTION to Dismiss *AND MEMORANDUM OF LAW* filed by Konstantinos Zografidis. (Attachments: # 1 envelope)(Imbriani, Susan) (Entered: 12/14/2022) |
| 12/14/2022 | 46 | MOTION to Supplement Amend/Correct 29 Amended Complaint and OBJECTION TO 44 Reply to Response to Motion, by Konstantinos Zografidis.Responses due by 1/4/2023 (Imbriani, Susan) (Additional attachment(s) added on 12/14/2022: # 1 envelope) (Imbriani, Susan). (Entered: 12/14/2022) |
| 12/16/2022 | 47 | ORDER OF DISMISSAL. |
| | | Mr. Zografidis filed a Complaint naming forty two (42) defendants, including various Assistant United States Attorneys, police officers, Drug Enforcement Agency ("DEA") agents, defense attorneys, and other individuals who were involved in his 2012 federal criminal case. *See* Compl. at 1-21, ECF No. 1 (May 4, 2022) ("Compl."). Mr. Zografidis sought over $2 billion in damages for alleged constitutional violations. *See id.* at 23. |
| | | On July 5, 2022, United States Magistrate Judge Thomas O. Farrish, issued a Ruling recommending that the Court dismiss Mr. Zografidis's Complaint. *See* Recommended Ruling, ECF No. 9 at 27 ("Recommended Ruling"). In the Recommended Ruling, Judge Farrish thoroughly analyzed Mr. Zografidis's claims and identified various defects. *See* Recommended Ruling at 10-27. Specifically, Judge Farrish concluded that various claims in the Complaint were time barred and a number of the defendants were immune from suit. *See id.* at 27. Although Judge Farrish concluded that "[t]here may be no cure for th[e] defects" he identified, he nevertheless recommended that the Court give Mr. Zografidis an opportunity to Amend his Complaint to attempt cure those defects, in light of his *pro se* status. *Id.* |
| | | On October 7, 2022, the Court adopted Judge Farrish's Recommended Ruling. *See* Order, ECF No. 24. In that Order, the Court noted: "The Court understands that Plaintiff currently believes that Magistrate Judge Farrish erred. But, based on the applicable law law this Court is bound to uphold no such error has been identified." *Id.* The Court Ordered Mr. Zografidis to file an Amended Complaint by November 4, 2022. *Id.* |
| | | On October 26, 2022, Mr. Zografidis filed a 126-page document that he styled as an Amended Complaint. *See* Amended Complaint, ECF No. 29 . ("Amended Compl."). The Amended Complaint included various exhibits including prior filings that he submitted in connection with his 2012 criminal case. *See, e.g.,* Amended Complaint at 60-62 ("Motion to supplement 'new found' discovery relevant to wire-taps"); *id.* at 33-49 ("Motion for Relief from Judgment Under F. R. Civ. O. 60(b)(2) &(6) Requesting a Franks Hearing"). Most notably, the Amended Complaint does not meaningfully address the deficiencies that Judge Farrish identified. |

For instance, in response to Judge Farrish's conclusion that Mr. Zografidiss Complaint fails to state a claim on which relief can be granted, in his Amended Complaint, Mr. Zografidis states: "I think that I very well stated the relief that I' m asking from each individual (defendant), and that was the amount of money for $10,000,000, each, except for the U.S. Attorney's office, the Norwalk Police Department, and the H.I.N.T.F. of Bridgeport RO-DEA, for the amount of $770,000,000 from each, as I clearly gave the reasons as to why. Which part didn't [Judge] Farish understand?!?!" Amended Complaint at 11.

In response to Judge Farrish's conclusion that Mr. Zografidis sought monetary "relief against a defendant who is immune from such relief[,]" in his Amended Complaint, Mr. Zografidis states: "I disagree. I spend 63 months in prison because the government conducted many violations of our constitutional laws, as I've presented overwhelming evidence in my Petition of 2255, and everyone who participated, assisted and aided and abetted with the government were responsible for my unconstitutional arrest, indictment, conviction and imprisonment. I hold each and every one (defendants) in a conspiracy to assist the corruption in the U.S. Attorney's office of Connecticut to accomplish their corrupt, personal and selfish agenda. That includes all judges who were familiar with my criminal and civil case(s) who justified the governments malicious prosecutorial misconduct. See my Petition of 2255." Amended Complaint at 11.

In response to Judge Farrish's conclusion that some claims in Complaint were time barred, in his Amended Complaint, Mr. Zografidis states: "I believe I made my self very clear about the statutes of limitation earlier in this amended complaint. There are no statutes of limitations that affect me yet, because I'm still fighting the innocence and the miscarriage of my criminal conviction, and since ALL the previous courts were BIAS towards me, and now I'm coming back with my civil rights complain, in a different legal way, seeking to dismiss my indictment, and clear my name from all wrong doing." Amended Complaint at 12.

The remainder of Mr. Zografidis's Amended Complaint proceeds similarly -- providing no additional facts to cure the legal deficiencies Judge Farrish identified in the original Complaint. Simply put, this Amended Complaint is not a viable lawsuit.

Indeed, multiple defendants in this case have filed motions to dismiss, principally raising the same issues that the Court has identified above. *See, e.g.*, Defs. Danbury Grievance Panel and Statewide Grievance Committee's Mot. to Dismiss, ECF No. 33 at 1 (Nov. 16, 2022) (moving for an Order dismissing "Plaintiff's claims against State Defendants in their entirety because: (1) the Eleventh Amendment bars Plaintiff's Claims against State Defendants; (2) the statute of limitations bars Plaintiff's claims against State Defendants in their entirety[]"); Def. Elliot R. Warren's Mot. to Dismiss, ECF No. 34 at 1 (Nov. 17, 2022) (moving for Order dismissing Plaintiff's Amended Complaint for failure to "state a legal sufficient claim for relief[]"); Def. Westport Police Dept.'s Mot. to Dismiss, ECF No. 40 (Nov. 22, 2022) (moving for Order dismissing Plaintiff's Amended Complaint because, among other things, Plaintiff "does not allege any facts that would render the statute of limitations inapplicable[]").

Accordingly, for the reasons stated in Judge Farrish's July 5, 2022, Recommended Ruling, *see* ECF No. 9 , which the Court adopted, *see* Order, ECF No. 24 (Oct. 7, 2022), the Amended Complaint, ECF No. 29 , is **DISMISSED** with Prejudice.

The Court declines to grant further leave to amend, as any amendments would be futile. *See Grullon v. City of New Haven*, 720 F.3d 133, 114 (2d Cir. 2013) ("Leave to amend may properly be denied if the amendment would be 'futil[e].'" (quoting *Foman*

*v. Davis*, 371 U.S. 178, 182 (1962)); *Cuoco v. Moritsugu*, 222 F.3d 99, 112 (2d Cir. 2000) ("[W]e do not find that the complaint liberally read suggests that the plaintiff has a claim that she has inadequately or inartfully pleaded... The problem with [plaintiff's] causes of action is substantive; better pleading will not cure it." (citations, internal quotation marks, and alterations omitted)).

The Clerk of the Court is respectfully directed to close this case.

Signed by Judge Victor A. Bolden on 12/16/2022. (Diallo, I.) (Entered: 12/16/2022)

| 12/16/2022 | 48 | ORDER finding as moot 28 Motion to Amend/Correct, in light of the Court's Order of Dismissal, *see* ECF No. 47. Signed by Judge Victor A. Bolden on 12/16/2022. (Diallo, I.) (Entered: 12/16/2022) |
|---|---|---|
| 12/16/2022 | 49 | ORDER finding as moot 33 Motion to Dismiss for Lack of Jurisdiction; finding as moot 35 Motion to Dismiss; finding as moot 40 Motion to Dismiss. In light of the Court's Order of Dismissal, *see* ECF No. 47, motions to dismiss, ECF No. 33 , 35 , and 40 are denied as moot. Signed by Judge Victor A. Bolden on 12/16/2022. (Diallo, I.) (Entered: 12/16/2022) |
| 12/16/2022 | 50 | ORDER finding as moot 31 Motion for Reconsideration, in light of the Court's Order of Dismissal, *see* ECF No. 47. Signed by Judge Victor A. Bolden on 12/16/2022. (Diallo, I.) (Entered: 12/16/2022) |
| 12/17/2022 | 51 | ORDER finding as moot 46 Motion to Amend/Correct Complaint and OBJECTION to 44 Reply, for reasons explained in the Order of Dismissal. *See* ECF No. 47. Signed by Judge Victor A. Bolden on 12/17/2022. (Diallo, I.) (Entered: 12/17/2022) |
| 12/20/2022 | 🔒 | (Court only) ***Civil Case Terminated. (Murphy, Tatihana) (Entered: 12/20/2022) |
| 12/20/2022 | | JUDICIAL PROCEEDINGS SURVEY - FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link: https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey (Murphy, Tatihana) (Entered: 12/20/2022) |
| 12/21/2022 | 52 | NOTICE OF APPEAL as to 47 Order of Dismissal by Konstantinos Zografidis. (Attachments: # 1 envelope)(Imbriani, Susan) (Entered: 12/22/2022) |
| 12/22/2022 | 53 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 52 Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Dinah Milton Kinney, Clerk. Documents manually filed not included in this transmission: None (Imbriani, Susan) (Entered: 12/22/2022) |
| 01/12/2023 | 54 | USCA Appeal Fees received from Konstantinos Zografidis: $ 505.00; Receipt Number 19794; re 52 Notice of Appeal filed by Konstantinos Zografidis (Peterson, M) (Entered: 01/12/2023) |

**United States District Court for the District of Connecticut**

Case Number: 3:22-cv-00631 (VAB)

Konstantinos Zografidis
*List the full name(s) of the plaintiff(s)/petitioners(s)*

v.                                                            **NOTICE OF APPEAL**

Vanessa Richards, et al
*List the full name(s) of the defendant(s)/respondent(s)*

Notice is hereby given that ___Konstantinos Zografidis___ in the above-
*\*List the names of all parties who are filing an appeal*

named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the

[✓] final judgment entered in this action on  12/16/2022
*Date Entered*

OR

[ ] order #(_____) entered in this action on _____ described as:
*Date Entered*

ORDER OF DISMISSAL: The district court claims that the Plaintiff's
Complaint was time barred, and a number of the defendants were immune from
suit. Also, the district court claims that the Plaintiff's motions filed, and
requests, were considered as MOOT. I, Konstantinos Zografidis will disagree
with ALL of Judge Boldens decisions and ORDERS. Please read my litigation
with evidence provided, in the Civil Rights Complaint shown above.

*(Provide a brief description of the decision in the order/judgment)*

12/18/2022
*Date*                                                        *Signature*

Konstantinos Zografidis - Pro Se
*Name (Last, First, MI)*

39 Seaview Avenue, Unit 1      Norwalk      Connecticut
*Address*                          *City*              *State*

203-434-3924                  KZografidis@aol.com
*Telephone*                        *E-mail Address (if available)*

*\*See Rule 3(c) for permissible ways of identifying appellants. Attach additional pages as necessary.*

***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App.
P. 4 (c)(1), complete Form 7 (declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*

Rev. 11-16-22

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Konstantinos Zografidis

**CERTIFICATE OF SERVICE***

Docket Number: _22-3197_

v.

Vanessa Richards, et al

I, _Konstantinos Zografidis_, hereby certify under penalty of perjury that
      (print name)
on _March 20, 2023_, I served a copy of _Brief & Appendix on_
      (date)
_Appeal from the U.S. District Court for the District of CT._
                    (list all documents)

by (select all applicable)**

___ Personal Delivery      ✓ United States Mail      ___ Federal Express or other
                                                          Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

AUSA, Sandra S. Glover, 157 Church St., New Haven CT 06510
Name            Address              City          State    Zip Code

Atty, Richard J. Buturla, 75 Broad St. Milford, CT 06460
Name            Address              City          State    Zip Code

_____
Name            Address              City          State    Zip Code

_____
Name            Address              City          State    Zip Code

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

March 19, 2023
Today's Date                                    Signature

Certificate of Service Form (Last Revised 12/2015)

TO REUSE: Mark through all previous shipping labels and barcodes.

ORIGIN ID:YAKA  (203) 434-3924
KONSTANTINOS ZOGRAFIDIS
39 SEAVIEW AVE 1
NORWALK, CT 06855
UNITED STATES US

SHIP DATE: 20MAR23
ACTWGT: 0.70 LB
CAD: 6990422/SSF02401

BILL CREDIT CARD

TO CLERKS OFFICE
UNITED STATES COURT OF APPEALS
40 FOLEY SQ

NEW YORK NY 10007

(212) 867-8600      REF:
INV:
PO:                 DEPT:

FedEx
Express

E

TRK# 3959 3123 5116
0201

THU – 23 MAR 4:30P
EXPRESS SAVER

K2 PCTA

10007
NY–US  EWR



Align bottom of peel-and-stick airbill or pouch here.