# 22-3197

## UNITED STATES COURT OF APPEALS

## FOR THE SECOND CIRCUIT

KONSTANTINOS ZOGRAFIDIS

*Plaintiff-Appellant*

v.

VANESSA RICHARDS, ET AL.

*Defendant-Appellee*

RECEIVED
2023 JUL -7  PM 12: 48
CLERK'S OFFICE
U.S. COURT OF APPEALS

Respond to Defendants briefs of the Westport Police Department & of the Statewide Grievance Committee and the Danbury Panel

Brief of Konstantinos Zografidis

Konstantinos Zografidis, pro se

39 Seaview Avenue, Unit 1

Norwalk, CT  06855

(203) 434-3924

Email: kzografidis@aol.com

# **TABLE OF CONTENTS**

Plaintiff's Response unto the Defendants brief of the Statewide Grievance Committee and to the Danbury Grievance Panel.....................................................................................................pages 1-4

Plaintiff's Response unto the Defendants brief of the Westport Police Department........pages 4-6

Certificate of Compliance...........................................................................................................page 7

Certificate of Service..........................................................................................................attached

**PLAINTIFF'S RESPONSE UNTO DEFENDANT'S BRIEF OF THE STATEWIDE GRIEVANCE COMMITTEE AND DANBURY GRIEVANCE PANEL**

On page 4 and 5 on defendants brief, attorney general Thadius L. Bochain claims that; "..Plaintiff's brief presents **his** version of the facts and circumstances underlying his 2014 guilty plea to federal drug charges and his assertions that prior courts erred in not vacating his criminal conviction....". My response to that idiot who is trying to protect his clients corrupt and bias decisions, is to take a look at all the evidence and the discovery that I've produced in my Petition of 2255, and into my criminal and civil appeal briefs to the 2nd circuit courts and to the Supreme court that I've filed, and you will find that everything that I've claimed to this day is only the truth, backed up by sworn affidavits, testimony's while under oath, and factual findings. And my assertions to the other prior courts, as Bochain claims, I did not only mention that they erred, I went even further than that, and claimed that their decisions and MANDATES were definitely **corruptively bias**, and I produced enough discovery and evidence to prove my case. That's why all of you still a voice today, instead of being behind prison bars.

I also think that Bochain claimed here, that the 11th Amendment barred the Plaintiff's claims against "State Defendants", and such claims were untimely. First and most, the Plaintiff who has filed 42 U.S.C. section 1983 in 2014 (Konstantinos Zografidis) was under federal custody during that period of time indicted under federal criminal charges, which makes him federal property. Second, the defendant who I've accused for conspiring and committing an act of a federal crime of fraud, was also a federal CW, working for the federal government, assisting the U. S. Attorney's office in their criminal investigation, a.k.a. attorney Joseph Dimyan. Technically, the Statewide Grievance Committee had a grievance case in front of them that involved a federal employee (Joseph Dimyan), and a federal detainee (Konstantinos Zografidis). That should be enough given fact to give our federal courts jurisdiction over "State Defendants", as Bochain claims their clients to be. Besides that, the crime that was committed my Joseph Dimyan was a federal crime, because he and his accomplices (Joseph Gega & Christos Papachristou) committed the crime of fraud, where I took a loss of $400,000.00, moneys that I've invested in my Enigma Café & Lounge, in the year of 2010. The other thing that Bochain claims here, is that the statutes of limitations were untimely (3-year limit). Maybe somebody should inform that man, that there are NO statutes of limitations where there is corruption involved, and when there are constitutional violations (felonies) committed. I doubt it very much if our Congress and our U.S. Senate passed laws to protect corrupt federal offices and corrupt State institutions, depriving their citizens from their civil liberties, such as the ones you are trying to protect Mr. Bochain!!!!

Then on pages 4, 5 and 6, Mr. Bochain moves on by giving a brief description of my criminal case. What caught my eye on top of page 5, here, Mr. Bochain gave an exact description of my grievance against the Danbury Grievance Panel. Very well stated. I've most certainly claimed

1

that the Panel's decision was definitely biased, and very much irrational and premature. And yes, I was deprived of an adequate investigation, and evidentiary and fair hearing, and assistance of counsel (attorney Frank O'Reilly). The reason I am mentioning attorney Frank O'Reilly here (my 2nd court appointed criminal defense counsel), is because he was in full possession of the actual lease agreement that was drafted by attorney Joseph Dimyan a.k.a 'CW-2'. Attorney Dimyan in his response letter to the Statewide Grievance Committee made it very clear to them that **NO** such lease agreement ever existed!!! Mr. O'Reilly was in full possession of that lease agreement shortly after the Danbury Grievance Panel made their bias final determination, but before my coerced and unintellectual guilty plea. Since, I was detained in prison and didn't personally have the access to bring forth the business lease agreement, I had directed my family members to go search and find that lease agreement. My family members contacted Christos Papachristou (lessee of Enigma café & Lounge), and I believe Christos then provided the lease agreement to my family, and then my family in return mailed it back to me while I was in prison, and then I mailed it to attorney Frank O'Reilly. I did not make a copy for me to keep of that lease agreement. I directed attorney Frank O'Reilly to present that document to the criminal court, and to the Statewide Grievance Panel, used as evidence against 'CW-2' a.k.a. Joseph Dimyan. Attorney O'Reilly was giving me the run around, again, by telling me that either he forgot, or misplaced it somewhere and couldn't find. Surprisingly, Mr. O'Reilly found that particular document and gave it to me **after** he coerced me to sign that unintellectual guilty plea agreement on June 18, 2014. Think well what I'm saying here!!!

On a Thursday of March 7, 2013, I was visited by a State's Investigator whose name was James Bender. I gave him a full description of what I believed happened with the loss of my business lease agreement. Since, I could not provide him with documents and to prove my claim because I was in jail, I told him exactly where to go and who to contact in order to find that lease agreement. Mr. Bender told me that he cannot go and retrieve that business lease agreement document unless I gave consent to my lawyer to do so. I never heard from Mr. Bender again. I even called my attorney at that time, Mark Grenier, who was assisting me prior to my arrest, to provide all the information and the lease agreement to James Bender. I kept calling attorney Mark Grenier, asking if Mr. Bender came to see him, and he told me that no one from the State's Attorney's office ever came to see him. Seeing that I've been neglected by the State's investigator from bringing forth the evidence I needed to show that attorney Joseph Dimyan was a complete LIAR, I then informed my family to do the run around and to find that business lease agreement attorney Joseph Dimyan had drafted. It was a little too late when I have presented that document to either the Statewide Grievance Committee, and to the district court, because based on the Grievance Committee's explanation, I had one year after the Panel's decision to Appeal with evidence that attorney Dimyan LIED. Thanks to attorney Frank O'Reilly corrupt nature, that document never reached the Committee, or to the district court on time. You gotta love our court appointed lawyers. They lead you straight to the slaughter house. What a beautiful and honest court system we have. Job well done. **BRAVO!!!!** Since, I've pled

2

guilty to my criminal offense, I strongly believe that's why and when the civil cases; 3:14-cv-666 & 667(RNC) were both denied.

Do you see Honorable Panel what happened here?!?! We have a couple of crooks (Joseph Dimyan and Joseph Gega) who both committed a federal felony, and when they realized that they were to be caught sooner or later of their criminal conduct they decided to reach out to the U.S. attorneys office, by deceiving them of false allegations against myself and Demetrios Papadakos. Their sole purpose was to have me arrested, in due so, to prevent me from completing my investigation against them. They finally accomplished and secured their crime of fraud by becoming federal informers, well protected under the government corrupt umbrella. That's why you saw AUSA Vanessa Richards name in attorney Dimyan's response letter to the Statewide Grievance Committee to be contacted. The question here is: "Was AUSA Vanessa involved in a State's civil matter by interfering and influencing the Statewide Grievance Committee to STOP the investigation against their 'CW-2' a.k.a. attorney Dimyan?!?! Was the State's Investigator, James Bender directed by AUSA Vanessa Richards, and/or by the State's Attorney's office of Connecticut to STOP conducting any further investigations?!?! Was my attorney Frank O'Reilly colluding with AUSA Vanessa Richards by withholding crucial information against another attorney (Joseph Dimyan) who became a government informer, and that document was contrary to everything attorney Dimyan claimed in his response letter to the Grievance Committee, and that document showed attorney Dimyan to be a complete liar, caught up in his own devised criminal act?!?! Honorable Panel, all the evidence this Panel needs, to show Dimyans federal crime of fraud, I've already provided in my Petition of 2255, and elsewhere.

I will not comment on anything else Mr. Bochain claimed in his brief because I find him very boring and in denial of the State's misconduct. I've already proven every allegation I have made against all of the defendants shown in case #: 22-3197. I refuse to keep bringing forth the same facts over and over again. Everything this Panel needs to know are well documented in ALL of my briefs. What Mr. Bochain failed to acknowledge in his brief was the fact that I've provided evidence against attorney Joseph Dimyan that makes him a fraud. If the State's corrupt Institutions would have conducted a thorough investigation, as I've directed them, all this discovery that I've provided against Dimyan would have been recovered in a timely manner, and not only would the Statewide Grievance Committee would have suspended his license indefinitely, he would have also faced criminal charges and possibly sentenced to prison.

Honorable Panel, the only way to bring out the corruption is to have a hearing, and to subpoena each and every member who was involved in my criminal and civil cases. Federal criminal violations were committed by many of our law enforcement that were well covered up by our State's attorneys, by our U.S. Attorney's office, and by their accomplices. There is absolutely, under any circumstances that I will allow such "grand scale" of corruption to go without notice. The people of the U.S. of America have the right to know exactly what

3

happened during my criminal investigation and criminal conviction. I will not allow our courts to cover-up the law enforcement's ill-faithed perjuries and constitutional violations, and also the government's malicious prosecutorial misconduct, behind your closed doors. The truth will come out in public and the citizens of the U.S. of America will be the ones to make the final determination of everyone's conduct. They will be the ones who will decide, if the government's conduct and their accomplices was lawful or criminal. I don't trust our judges anymore, because I find each and every one of you corruptively biased, so far, and very highly influenced by corrupt U.S. Attorney's.

I will tell you what I'm about to do know. Since all of you are so stubbornly cruel and in denial of your wrongdoings, and because you are stressing me out for the past 11 years or so, and driving me insane, I will move on an **"ORAL MOTION"**, enhancing the relief I'm seeking for all the mind torture that I endure each and every day, to this day. I'm increasing the lawsuit damages against the State of Connecticut for the amount of one hundred million dollars (**$100,000,000.00**). I'm increasing the lawsuit damages against the City of Norwalk for the amount five hundred million dollars (**$500,000,000.00**). I'm increasing the lawsuit damages against the High Intensity Narcotics Force of Bridgeport, RO-DEA for the amount of one billion dollars (**$1,000,000,000.00**). I'm also increasing the lawsuit damages against the government-U.S. Attorney's office for the amount of ten billion dollars (**$10,000,000,000.00**). I will shake the ground you walk upon you defile savages. If you think that you can violate your citizens civil rights and liberties, I will mock you on every mainstream media, and I will make an example out of you for the rest of the world to see. I will open up new doorways for other citizens who were wrongly convicted, such as me, and they will be able to sue you also. I will teach all of you a lesson, and set an example out of you, and show to the other government officials, and other law enforcement agencies, and the message will be; "If you fabricate evidence against your citizens, lie in your search warrants and affidavits, perjure yourselves while under oath,  and if you violate our constitutional laws and our civil rights and liberties, not only "We the People of the U.S. of America" will be able to sue you, we will ask our courts to sentence you to prison with maximum sentences".

**PLAINTIFF'S RESPONSE UNTO DEFENDANT'S BRIEF OF THE WESTPORT POLICE DEPARTMENT**

Here, in attorney's Ryan P. Driscoll's brief, he's basically bringing forth the same arguments as the Statewide Grievance Committee and the Danbury Panel with regards to the statutes of limitations. Again, the statutes of limitations do not apply to me in this case because the Westport Police Department acted in an unlawful conduct while I was under their custody, and that's because they denied me my constitutional right to make a legal call to an attorney, to a family member, or to be seeing by a bail bonds man. I have written many letters addressed to

the district court judges prior to my coerced and unintellectual guilty plea, making the same accusations in this Petition, as I've made the same in case #: 3:14-cv-666 & 667(RNC). Nothing changed. On page 1 of Driscoll's brief, he claims the Westport Police was not involved in my criminal investigation, and that I was held there for a short time. I never said or claimed anywhere that the Westport Police was involved in my corrupt criminal investigation. I was held in their custody from about 2:30 PM until 8 or 9 AM the next day before federal agents came to pick me up. That's not a short time Mr. Driscoll, and don't try to make it sound that being in jail for over 16 hours is a 'short time'. Did you ever stay behind bars for that period of time?!?! You wouldn't last an hour in there before you panic you damn fool!!!! You make it sound as if it was comfortable and normal situation, as taking a walk in the park.

Honorable Panel, what I've expected from the Westport Police Depart was to provide a sworn testimony by the officer(s) who were in charge of that day, and into the night till the next morning, claiming otherwise. Why are they so shy to produce a sworn affidavit by the officer(s) that were in charge, claiming me to be a liar!!! Why aren't they producing video coverage to prove me wrong?!?! All of this cruelty and the misconduct was also covered up by the government, and then by our federal courts.

I will provide this Honorable Panel with another fact, and I'm sure the Westport Police Department will not deny it. About 10 years of so, prior to my arrest in 2012, I was pulled over by the Westport Police on Combo road during the evening. They took me out of my van I was driving, and asked me to walk in a straight line and make some body movement. They assumed that I was intoxicated, and then they handcuffed me and took me inside their police station. Once inside their police station they asked me to take a breathalyzer text. I then turned around and told them that I would like to speak with my attorney in order to get the best advise because I was under arrest. They agreed, and asked me for my attorney's name. I told them to call attorney Michael Corsello. They dialed his number and they allowed me to speak with him. I told my attorney of the circumstances, and Mr. Corsello advised me to refuse a breathalyzer test. Long story short, I was charged with a DUI, instead of DWI. Big difference!!!

My complaint and grievance here is, as to why I was allowed to speak with my attorney then with Mr. Corsello, and then why was I denied to speak with the same attorney on May 09, 2012 when I was arrested by the Norwalk Police Department?!?! I will give you my thought and opinion. When I was pulled over on St. Ann's street in Norwalk early that afternoon, I heard someone giving a command; "He's not to talk to anyone". After I was driven to my home, and the events that took over at my parent's home, I was escorted to the Norwalk Police Department first by the same two police officers who brought me home during my arrest, and one the officers I've recognized him from my previous encounters to be ofc. Reinhart. No more than a half hour later I was moved to the Westport Police Department. WHY?!?!?! We have a much bigger Police building in Norwalk than the Westport Police, and many more holding cells

than Westport. I didn't see any other detainees in there. The holding cells in the Norwalk police building were empty.

The fact of the matter was, that I was arrested and detained illegally, and the government didn't want anyone to find me. That's because I knew a lot of police officers in Norwalk who are relatives to, and close friends to our family. If, the police officers in Norwalk who knew me and my family approached me, they would have asked me as to why I was arrested. The fact that I was removed very quickly from the Norwalk Police Department to another Police department, and the true fact that I was denied to speak with my attorney, clearly shows the police's and the government's misconduct. Technically, they illegally kidnapped me, stashed me in a cell where no one knew where I was, or to be found, and then they brought me forth to a bunch of wolves. **DAMNED SAVAGES!!!!!!!!!**

"We the people" have the right to know as to who else was involved, and who was behind the scenes, calling all these shots. "We the people" demand an investigation with the purpose to seek out all violators who think that are above the law and who commit constitutional violations, thinking they can get away with. You are NOT above the law!!! If, you think that you are above the law, then I, Konstantinos Zografidis am above the law also. You are not any better than me, or beneath me. You have the same rights, equally as me, and as every other citizen of this great country of ours. If all of you who convicted me on a hoax, and a non-existent conspiracy theory. and think you got away with, you better think again, because I will hunt you down for the rest of my life, and I will make sure that all of you will be convicted of crimes you so well tried to cover-up, and the constitutional violations you have truly committed.

Date: July 4, 2023

Thank you

Sincerely

## CERTIFICATE OF COMPLIANCE

I, Konstantinos Zografidis certify that this brief in response to the Statewide Grievance Committee, Danbury Grievance Panel and Westport Police Department contains 14, 000 or less.

RECEIVED
2023 JUL -7 PM 12: 48
CLERK'S OFFICE
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

## Zografidis

**CERTIFICATE OF SERVICE\***

v.

Docket Number: **22-3197**

## Richards, et al

I, Konstantinos Zografidis , hereby certify under penalty of perjury that
       (print name)

on July 07, 2023 , I served a copy of Plaintiff's Response to defendants brief of the
   (date)

Westport Police Dept., Statewide Grievance Committee and Danbury Grievance Panel

(list all documents)

by (select all applicable)\*\*

\_\_\_ Personal Delivery    **X** United States Mail    \_\_\_ Federal Express or other
                                                      Overnight Courier

\_\_\_ Commercial Carrier    \_\_\_ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| AUSA Sandra Glover | 157 church street | N.Haven | CT | 06510 |
| Name | Address | City | State | Zip Code |
| Atty, Ryan Driscoll | 75 Broad street | Milford | CT | 06460 |
| Name | Address | City | State | Zip Code |
| Atty, Thadius Bochain | 165 Capital Avenue | Hartford | CT | 06105 |
| Name | Address | City | State | Zip Code |

\*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

\*\*If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

## July 04, 2023

Today's Date                                                   Signature



Align top of FedEx Express® shipping label here.

ORIGIN ID:YAKA  (203) 434-3924
KONSTANTINOS ZOGRAFIDIS

39 SEAVIEW AVE 1

NORWALK, CT 06855
UNITED STATES US

SHIP DATE: 05JUL23
ACTWGT: 0.20 LB
CAD: 6990424/SSF02422

BILL CREDIT CARD

TO  **CLERK'S OFFICE**
**COURT OF APPEALS OF THE 2ND CIRCUIT**
**40 FOLEY SQUARE**

**NEW YORK NY 10007**
(203) 434-3924       REF:
INV:
PO:                          DEPT:

FedEx
Express

E

TRK# 7806 8852 1264
0201

MON – 10 JUL 4:30P
EXPRESS SAVER

**K2 PCTA**

10007
NY-US EWR

USM 4TH SDNY