# UNITED STATES COURT OF APPEALS
# FOR THE 2ND CIRCUIT



Konstantinos Zografidis

    Plaintiff,

    v.                                                  Case No. 22-3197

Vanessa Richards, et al

    Defendant.                                Date: October 8, 2023

## "Motion to MANDATE an Oral Argument"

Dear Honorable Panel of the 2nd circuit:

On June 23, 2023 I filed a timely ORAL STATEMENT ARGUMENT, as you can see the date filed in Doc. No.109 in the above captioned case. For reasons I am not aware of, the ORAL STATEMENT document was not filed, and it seems that it got lost and could not be found based on multiple conversation I've had with different clerks of the court. Then on a certain day in August, I get a phone call from clerk TROY, from the scheduling department asking me if I wanted to participate in an ORAL ARGUMENT. After many calls between the clerks, I was told by them to resubmit the original ORAL STATEMENT ARGUMENT. On August 24, 2023 my ORAL STATEMENT ARGUMENT was re-filed. I've also sent a personal letter to my case manager, Elizabeth, showing proof that I've send a CERTIFICATE OF SERVICE on June 23, 2023 to the other 3 attorney's (Glover, Buturla, Bochain).

The reason why I'm asking for an ORAL ARGUMENT hearing, is the fact that each one of the defendants (Statewide Grievance Committee, Danbury Panel, and Westport Police Dept.), all MUST answer to my criminal allegations, and to the discoveries I've provided and also claimed in this court against them. This Honorable court MUST mandate them, and give them the opportunity to explain themselves on behalf of their clients' misconduct. This Honorable court MUST seek the truth!!!!! Do not allow them get away with their ill-minded criminal acts!!!! I will not accept their poor and illegitimate excuse, claiming that the statute of limitations has expired. I doubt it very much if our U.S. Congress, or our U.S. Senate passed laws to justify CORRUPTION. This is what I'm claiming here, and this is what we have to deal with. I'm claiming, that everyone was corruptively influenced by AUSA, Vanessa Richards (government) to adhere to her corrupt and unconstitutional ways, in order to protect their 'CW's', and also the law enforcements criminal acts/misconduct, for the purpose to get her convictions from all of my co-defenders, and especially ME!! I want to participate in an ORAL ARGUMENT, and willing to answer to any questions this Honorable Panel sees proper in order to show more clarity into the facts.

Sincerely

*/s/ Konstantinos Zografidis*

Konstantinos Zografidis, pro se

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): **22-3197**

Caption [use short title]: **Zografidis v. Richards, et al**

Motion for: **"Motion to MANDATE an Oral Argument"**

Set forth below precise, complete statement of relief sought:

Asking this Court to MANDATE "ALL" Parties to bring forth sworn testimonies, witnesses or discovery to claim that the things I declared against their Clients are false.

MOVING PARTY: **Konstantinos Zografidis**    OPPOSING PARTY: **Vanessa Richards, et al**

☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

MOVING ATTORNEY: **Konstantinos Zografidis, Pro Se / 39 Seaview Ave., Apt. 1 / Norwalk, CT 06855**

OPPOSING ATTORNEY: 

Court- Judge/ Agency appealed from: **Bolden, J., U.S.D.J.**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1)?
☑ Yes  ☐ No (explain):

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

Is oral argument on motion requested? ☑ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☑ Yes ☐ No If yes, enter date: **November 08, 2023**

Signature of Moving Attorney: [signed]
Date: **October 08, 2023**   Service by: ☐ CM/ECF  ☑ Other [Attach proof of service]

Form T-1080 (rev.12-13)

RECEIVED 2023 OCT 12 AM 10:52 U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Zografidis

v.

Richards et al

**CERTIFICATE OF SERVICE***

Docket Number: 22-3197

I, Konstantinos Zografidis, hereby certify under penalty of perjury that
(print name)
on October 09, 2023, I served a copy of "Motion to MANDATE an Oral Argument"
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery      ✓ United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| AUSA, Sandra Glover | 157 Church St. | N. Haven | CT | 06510 |
| Att'y, Richard Buturla | 75 Broad St. | Milford | CT | 06460 |
| Att'y, Thadius Bochain | 165 Capitol Ave. | Hartford | CT | 06105 |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

October 08, 2023
Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)