UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of October, two thousand twenty three,

| | |
|---|---|
| Konstantinos Zografidis, | **ORDER** <br> Docket No. 22-3197 |
|     Plaintiff - Appellant, | |
| v. | |
| Vanessa Richards, Assistant United States Attorney, Westport Police Department, Statewide Grievance Committee, Danbury Grievance Panel, | |
|     Defendant - Appellees, | |

Michael Edward Runowicz, Assistant United States Attorney, Sarah P Karwan, Assistant United States Attorney, Deirde M. Daly, United States Attorney, Kenneth A. Blanco, Deputy Assistant Attorney General Criminal Division, Sandra Slack Glover, Assistant United States Attorney, Patrick Doherty, Assistant United States Attorney, Peter Dean Markle, Assistant United States Attorney, John B. Hughes, Assistant United States Attorney, William Nardini, Assistant United States Attorney, John H. Durham, United States Attorney, Dominick Cisero, TFO, Terrence Blake, Detective, Perez, Edwards, Mark Suda, Kaczynski, RAC, Roscoe, TFO, Walsh, TFO, Lofton, TFO, Rodney George, SA, Matera, New York Police Lieutenant, Anthony DePanfilis, McHugh, SA, Martinez, TFO, Sixto, Dinnan, GS, Paul Thomas, Attorney, Frank O'Reilly, Attorney, Elliot R. Warren, Attorney, Joseph Dimyan, Attorney, AKA CW-2, Joseph Gega, Christos Papachristou, Ted Lee, AKA CW-1, Chris Anderson, David Solano, CI Bobby, United States Attorney's Office, of Bridgeport Connecticut, Norwalk Police Department, High Intensity Narcotics Task Force, of Bridgeport RO,

    Defendants.

Appellant, *pro se*, moves for leave to have this appeal set down to be orally argued on Wednesday, November 8, 2023.

IT IS HEREBY ORDERED that motion is DENIED. The appeal will be taken on total submission.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court